### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et. al.*, <br><br> Defendants. | Civil Action No. 25-01020 (TJK) <br><br> **HEARING REQUESTED** |

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Civil Rule 7(h)(1), Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") submits this statement of material facts not in dispute in support of its motion for partial summary judgment.

| | |
|---|---|
| 1. On April 1, 2025 CREW submitted an expedited FOIA request to CDC for "[a]ll records from January 20, 2025 to the date this request is processed that mention, reference, or relate to the CDC's decision not to release an assessment by the Center for Forecasting and Outbreak Analytics that addressed the risk of catching measles in relation to the vaccination rates of nearby areas." Goldstein Decl. ¶ 8; Goldstein Decl. Ex. A. | |

| | |
|---|---|
| 2. On April 1, 2025 CREW submitted an expedited FOIA request to CDC for (a) "[a]ll communications sent or received by CDC Public Liaison Bruno Viana, CDC/ATSDR FOIA Officer Roger Andoh, or any other employees in the CDC/ATSDR FOIA Office that mention, reference, or relate to the decision to place the CDC FOIA office on administrative leave on April 1, 2025"; (b) "[a]ll communications sent or received by any CDC employee outside the CDC/ATSDR FOIA Office that mention, reference, or relate to the decision to place the CDC FOIA office on administrative leave on April 1, 2025"; and (c) "[a]ll memoranda, directives, or other final records relating to the decision to place the CDC FOIA office on administrative leave on April 1, 2025." Goldstein Decl. ¶ 9; Goldstein Decl. Ex. B. | |
| 3. On April 1, 2025 CREW submitted an expedited FOIA request to CDC for (a) "[a]ll communications that mention, reference, or relate to the deliberation of or decision to place the CDC FOIA office on administrative leave on April 1, 2025, received by CDC staff and sent by any individual with an email address associated with DOGE, U.S. DOGE Service, or the Office of Personnel Management ("OPM")"; and (b) "[a]ll memoranda, directives, and other final records relating to the deliberation of or decision to place the CDC FOIA office on administrative leave on April 1, 2025 received by CDC staff and sent by any individual with an email address associated with DOGE, U.S. DOGE Service, or the Office of Personnel Management ("OPM")." Goldstein Decl. ¶ 10; Goldstein Decl. Ex. C. | |

| | |
|---|---|
| 4. On April 1, 2025 CREW submitted an expedited FOIA request to CDC for records, from January 20 to the date the request is processed, of (a) "[a]ll guidance, communications, memoranda, directives, or policies describing CDC's plans to respond to, process, and otherwise manage open FOIA requests and future FOIA requests"; (b) "[a]ll guidance, communications, memoranda, directives, or policies describing CDC's plans to otherwise comply with its statutory responsibilities under FOIA." Goldstein Decl. ¶ 11; Goldstein Decl. Ex. D. | |
| 5. On April 1, 2025 CREW submitted an expedited FOIA request to CDC for records, from January 20 to the date the request is processed, of "[a]ll guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to take down its FOIA portal website at https://foia.cdc.gov/"; and (b) "[a]ll guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to provide an automated email response to requesters' FOIA emails." Goldstein Decl. ¶ 12; Goldstein Decl. Ex. E. | |

| | |
|---|---|
| 6. CREW asserted in each expedited FOIA request that "CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. CREW is a credible requestor and disseminator of information often relied on by major media outlets." Goldstein Decl. Ex. A-E. | |
| 7. CREW asserted in each of its expedited FOIA requests that "America has seen its first measles death in a decade," and that reporting indicated "that the CDC has suppressed information about measles forecast and the need for vaccination"; and it explained that this is "a critical time for the CDC to be transparent about its operations, and for the public to be assured that the CDC will continue to operate in the best interest of American public health." Goldstein Decl. Ex. A-E. | |
| 8. CREW further asserted in its first expedited FOIA request that "the public urgently needs to know the details of the CDC's decision not to release an assessment" on measles "by their own experts," and "[i]f the CDC did decide to withhold an expert assessment for improper reasons, the public needs to know why and what could be done to maintain the CDC's integrity amidst the ongoing public health crisis." Goldstein Decl. Ex. A. | |

4

| | |
|---|---|
| 9. CREW further asserted in its first expedited FOIA request that "[t]he public health crisis caused by measles has been an ongoing focal point in the news," citing multiple news reports. Goldstein Decl. Ex. A. | |
| 10. CREW further stated in its other four expedited processing requests that "[i]f the CDC did decide to shut down its FOIA office, the public needs to know why and what could be done to remedy that unlawful action to maintain the CDC's transparency amidst the ongoing public health crisis." Goldstein Decl. Ex. B-E. | |
| 11. CREW further stated in its other four expedited processing requests that "[w]ithin a day, there have already been multiple news articles reporting the news. Numerous journalists have been alarmed about the potentiality of the CDC FOIA of ice being shut down entirely, which includes the dismantling of existing FOIA pages containing the submission portals and request logs," citing multiple news reports and social media posts. Goldstein Decl. Ex. B-E. | |
| 12. CREW submitted each expedited request via email to FOIARequests@cdc.gov. Goldstein Decl. ¶ 13; Goldstein Decl. Ex. F. | |
| 13. CDC's website stated at the time the requests were submitted, and continues to state as of filing, that "A FOIA request must be e-mailed to CDC at FOIARequests@cdc.gov." Goldstein Decl. ¶ 13; Goldstein Decl. Ex. F. | |
| 14. In response to the submission of its expedited FOIA requests, CREW received automated emails from FOIARequests@cdc.gov stating "Hello, the FOIA office has been placed on admin leave and is unable to respond to any emails." Goldstein Decl. ¶ 14; Goldstein Decl. Ex. G, H. | |

| | |
|---|---|
| 15. On April 2, 2025, CREW received an email from FOIARequests@cdc.gov stating "I cannot tell if our automated reply is functional, so I am responding while I am still able to access CDC systems. The entire CDC FOIA Office has been placed on administrative leave prior to a mandated June 2 separation date." Goldstein Decl. ¶ 15; Goldstein Decl. Ex. I. | |
| 16. On April 2 and April 3, CREW contacted HHS headquarters' FOIA office via email addresses HHS.ACFO@hhs.gov and FOIARequest@hhs.gov, writing in each email that "CREW submitted the following FOIA request to CDC, and received an automated message indicating that the CDC FOIA office was placed on admin leave. Is HHS processing FOIA requests submitted to CDC?". Goldstein Decl. ¶ 16; Goldstein Decl. Ex. J. | |
| 17. To date, HHS headquarters has not responded to CREW's April 2 and 3 emails. Goldstein Decl. ¶ 17. | |
| 18. To date, Defendants have provided no further response to CREW's expedited processing or FOIA requests. Goldstein Decl. ¶ 18. | |
| 19. To date, the "up-to-date listing" of "appropriate FOIA Requester Service Center[s] . . . maintained online at *http://www.hhs.gov/foia/contacts/index.html*," 45 C.F.R. § 5.3, still lists the CDC FOIA Office's contact information, including its office address, contact email, phone number and the name of its FOIA Officer and name, email and phone number of its FOIA Public Liaison. Goldstein Decl. ¶ 20; Goldstein Decl. Ex. K. | |

| | |
|---|---|
| 20. On February 11, 2025, President Trump issued an executive order entitled *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* ("DOGE RIF Order"), which instructed agency heads to promptly prepare to initiate large-scale reductions in force ("RIFs"). Exec. Order No. 14210, 90 Fed. Reg. 9669 (Feb. 11, 2025). | |
| 21. On March 27, 2025, HHS announced that, in accordance with the DOGE RIF Order, it planned to restructure and downsize its workforce by 20,000 employees, from 82,000 to 62,000 full-time employees. Press Release, HHS, HHS Announces Transformation to Make America Healthy Again (Mar. 27, 2025), https://www.hhs.gov/about/news/hhs-restructuring-doge.html. | |
| 22. On April 1, more than 2,000 CDC staff, including staff in the CDC FOIA Office, received a Reduction in Force (RIF) notice via email stating that they will be separated from HHS effective June 2, 2025. Doe Decl. ¶ 4. | |
| 23. CDC staff receiving the RIF notices lost access to CDC's physical office spaces on April 1 and lost access to CDC computer systems on April 2. Doe Decl. ¶ 5. | |
| 24. Defendants had not publicly announced any staffing or procedures for handling outstanding or future FOIA requests sent to CDC. Griffis Decl. ¶ 17; Doe Decl. ¶ 7. | |
| 25. CDC's FOIA processing and proactive public disclosure duties are currently not being performed. Doe Decl. ¶ 7. | |
| 26. There are currently no FOIA officers within HHS tasked with or trained on responding to FOIA requests to CDC. Doe Decl. ¶ 10. | |

| | |
|---|---|
| 27. HHS's "FOIA operations are decentralized," 45 C.F.R. § 5.3, and the department has 12 separate FOIA offices across its operating and staff divisions, *see 2025 Chief FOIA Officer Report*, HHS (Mar. 10, 2025), https://www.hhs.gov/foia/statutes-and-resources/officers-reports/2025-introduction/index.html. | |
| 28. Before April 1, 2025, CDC's FOIA office, like the FOIA offices of the 11 other HHS components, had its own specialized training, expertise, and institutional knowledge about its independent records systems, technical and scientific work, and how to properly and timely handle FOIA requests regarding that work. Griffis Decl. ¶ 3. | |
| 29. Before April 1, 2025, HHS's existing central FOIA office within the Office of the Secretary had separate processing systems that do not interact with CDC's systems. *See* Griffis Decl. ¶ 4. | |
| 30. HHS's existing central FOIA office, Office of the Secretary FOIA office ("OS FOIA") ended last fiscal year with 3,020 backlogged FOIA requests, the second most of any HHS FOIA office. U.S. Dept. of Health and Hum. Serv., HHS Fiscal Year 2024 Freedom of Information Annual Report (updated February 21, 2025) https://www.hhs.gov/foia/reports/annual-reports/2024/index.html. | |
| 31. CDC's FOIA office received 1,838 FOIA requests last fiscal year. U.S. Dept. of Health and Hum. Serv., HHS Fiscal Year 2024 Freedom of Information Annual Report (updated February 21, 2025) https://www.hhs.gov/foia/reports/annual-reports/2024/index.html. | |

| | |
|---|---|
| 32. Consolidating all FOIA work within HHS's central FOIA office or any other department component will require the development of new information technology systems, processes, and protocols. *See* Griffis Decl. ¶¶ 19, 20; Doe Decl. ¶¶ 9, 10. | |
| 33. The Administration for Children and Families' entire FOIA office is currently on administrative leave. Singh Decl. ¶ 3. | |
| 34. The current measles outbreak that has already claimed the lives of two children who were unvaccinated. Press Release, Texas announces second death in measles outbreak, Tex. Dep't of State Health Servs., (Apr. 6, 2025), https://www.dshs.texas.gov/news-alerts/texas-announces-second-death-measles-outbreak; *Measles Cases and Outbreaks*, CDC, https://www.cdc.gov/measles/data-research/index.html (last visited Apr. 18, 2025). | |
| 35. The current measles outbreak has spread to 25 states. *Measles Cases and Outbreaks*, CDC, https://www.cdc.gov/measles/data-research/index.html (last visited Apr. 18, 2025). | |
| 36. CDC typically handles FOIA requests on a range of important public health topics—including foodborne illness and toxic substance events and outbreaks of infectious diseases like Ebola and measles—and provides "hundreds of thousands of pages of records to requestors." *PAL Popular Documents*, CDC, https://foia.cdc.gov/App/ReadingRoomPopularDocument.aspx (last visited Apr. 14, 2025); *Freedom of Information Act (FOIA)*, CDC, https://foia.cdc.gov/app/Home.aspx (last visited Apr. 14, 2025). | |

| | |
|---|---|
| 37. Members of Congress have expressed concerns about the practical impact of the closure of CDC's FOIA office. *The Freedom of Information Act: Perspectives from Public Requesters Before the S. Comm. on the Judiciary*, 119th Cong. (2025) (statements of Sens. Dick Durbin & Senator Sheldon Whitehouse) (*See* 26:00; 53:00, 1:07:05), available at https://www.judiciary.senate.gov/committee-activity/hearings/the-freedom-of-information-act-perspectives-from-public-requesters (last visited Apr. 14, 2025). | |

Date: April 21, 2025

Respectfully Submitted,

*/s/  Kayvan Farchadi*

Kayvan Farchadi (D.C. Bar No. 1672753)
Yoseph T. Desta (D.C. Bar No. 90002042)
Alex Goldstein (D.C. Bar No. 90005086)
Chun Hin Tsoi (D.C. Bar No. 90017713)
Kalyn Mizelle McDaniel (D.C. Bar No. 90027120)
Nikhel S. Sus (D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
kfarchadi@citizensforethics.org
ydesta@citizensforethics.org
agoldstein@citizensforethics.org
jtsoi@citizensforethics.org
kmizellemcdaniel@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*