IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION**, *et. al.*, <br><br> Defendants. | Civil Action No. 25-01020 (TJK) <br><br> **HEARING REQUESTED** |

## DECLARATION OF ALEX M. GOLDSTEIN

I, ALEX M. GOLDSTEIN, hereby declare as follows:

1.      I am Associate Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. I make this declaration based on my personal knowledge and through consultation with my colleagues at CREW and review of CREW's files.

2.      CREW, a non-profit, non-partisan organization organized under section 501(c)(3) of the Internal Revenue Code, is committed to protecting the rights of citizens to be informed about the activities of government officials and agencies, ensuring the integrity of government officials and agencies, and empowering citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

3.      To advance its mission, CREW uses a combination of research, litigation, and advocacy. As part of those efforts, CREW uses government records it obtains under the Freedom of Information Act ("FOIA").

4. CREW has submitted FOIA requests to CDC in the past and intends to submit additional requests to CDC in the future.[1]

5. CREW disseminates information to the public obtained through FOIA in several ways. CREW reviews and analyzes the records it receives in relation to newsworthy developments regarding, among others, government ethics, corruption, and the influence of money in politics. CREW uses these records to create editorial content, such as reports and commentary, to educate the public about these issues. CREW publishes the aforementioned educational content on its website that receives hundreds of thousands of page views per month.

6. Consistent with its regular practice, CREW intends to disseminate records it receives in response to the FOIA requests that are the subject of this litigation to the public.

7. CREW's mission includes exposing information about the activities of government officials and agencies, ensuring the integrity of government officials and agencies, and empowering citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

8. On April 1, 2025 CREW submitted an expedited FOIA request to CDC ("First CDC Request") for records from January 20 to the date the request is processed concerning CDC's decision not to release an assessment by the Center for Forecasting and Outbreak

---

[1] *See CREW requests CDC records on coronavirus guidance rollbacks*, CREW (Sept. 22, 2020), https://www.citizensforethics.org/reports-investigations/foia-requests/cdc-coronavirus-guidance-rollbacks/; *CREW requests CDC records on coronavirus data collection*, CREW (Jul. 29, 2020), https://www.citizensforethics.org/reports-investigations/foia-requests/cdc-coronavirus-data-collection/; *CREW requests CDC documents on coronavirus and the stock market*, CREW (Feb. 27, 2020), https://www.citizensforethics.org/reports-investigations/foia-requests/cdc-coronavirus-stock-market-pence/.

Analytics that addressed the risk of catching measles in relation to the vaccination rates of nearby areas. A true and correct copy of the First CDC Request is attached as Exhibit A.

9. On April 1, 2025 CREW submitted an expedited FOIA request to CDC ("Second CDC Request") for records concerning communications sent or received by CDC officials related to "the decision to place the CDC FOIA office on administrative leave on April 1, 2025." A true and correct copy of the Second CDC Request is attached as Exhibit B.

10. On April 1, 2025 CREW submitted an expedited FOIA request to CDC ("Third CDC Request") for records "received by CDC staff and sent by any individual with an email address associated with DOGE, U.S. DOGE Service, or the Office of Personnel Management ("OPM")" involving the decision to place the CDC FOIA office on leave. A true and correct copy of the Third CDC Request is attached as Exhibit C.

11. On April 1, 2025 CREW submitted an expedited FOIA request to CDC ("Fourth CDC Request") from January 20 to the date the request is processed concerning guidance and policies on CDC's plans to manage open FOIA requests, future FOIA requests, and otherwise comply with statutory responsibilities under FOIA. A true and correct copy of the Fourth CDC Request is attached as Exhibit D.

12. On April 1, 2025 CREW submitted an expedited FOIA request to CDC ("Fifth CDC Request") from January 20 to the date the request is processed concerning plans to take down CDC's FOIA portal and provide an automated response to requesters' FOIA emails. A true and correct copy of the Fifth CDC Request is attached as Exhibit E.

13. CREW submitted each expedited request via email to FOIARequests@cdc.gov as directed by CDC's website, which stated at the time the requests were submitted, and continues

to state as of filing: "A FOIA request must be e-mailed to CDC at: FOIARequests@cdc.gov." A true and correct copy of a screenshot of this webpage is attached as Exhibit F.

14. In response to the submission of its expedited FOIA requests, CREW received automated emails from FOIARequests@cdc.gov stating "Hello, the FOIA office has been placed on admin leave and is unable to respond to any emails." True and correct copies of these emails are attached as Exhibits G and H. To the best of my knowledge, FOIARequests@cdc.gov is, as of today, still responding to submissions with the same automated email.

15. On April 2, 2025, CREW received an email from FOIARequests@cdc.gov stating "I cannot tell if our automated reply is functional, so I am responding while I am still able to access CDC systems. The entire CDC FOIA Office has been placed on administrative leave prior to a mandated June 2 separation date." A true and correct copy of this email is attached as Exhibit I.

16. On April 2 and April 3, CREW contacted HHS headquarters' FOIA office via email addresses HHS.ACFO@hhs.gov and FOIARequest@hhs.gov seeking clarification on whether HHS is processing CREW's expedited FOIA requests. True and correct copies of these emails are attached as Exhibit J.

17. To date, HHS headquarters has not responded to CREW's emails.

18. To date, Defendants have provided no further response to CREW's expedited processing or FOIA requests.

19. Because of the actions of HHS and CDC, CREW has not received records in response to the five FOIA requests it submitted to CDC. CREW intends to submit additional FOIA requests to CDC in the future seeking guidance, communications, memoranda, directives, or policies related to, among other topics, the centralization of CDC FOIA operations in HHS;

HHS's legal authority to terminate all CDC FOIA staff and consolidate CDC FOIA operations; congressional inquiry on the termination of CDC employees, including CDC FOIA staff, through a reduction-in-force; the reduction-in-force plans and implementation across CDC; the involvement of the U.S. DOGE Service in any efforts to centralize CDC FOIA operations or other CDC operations at HHS; the need for measles vaccinations during the current national measles outbreak; and the handling of FOIA requests regarding the measles outbreak.

20. To date, the "up-to-date listing" of "appropriate FOIA Requester Service Center[s] . . . maintained online at http://www.hhs.gov/foia/contacts/index.html," 45 C.F.R. § 5.3, still lists the CDC FOIA Office's contact information, including its office address, contact email, phone number and the name of its FOIA Officer and name, email and phone number of its FOIA Public Liaison. A true and correct copy of a screenshot of this webpage is attached as Exhibit K.

21. To date, the CDC FOIA office's regular proactive disclosures, which continued as recently as March 10, 2025, have ceased. A true and correct copy of a screenshot of the CDC PAL Reading Room webpage, reflecting the latest search for "FOIA Litigation Releases," is attached as Exhibit L.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2025

*Alex Goldstein*
Alex Goldstein