IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION**, et al.,<br><br>Defendants. | Civil Action No. 25-01020 (TJK) |

**DECLARATION OF PERSON DOE**

I, Person Doe, declare as follows:

1. I am an employee of the Centers for Disease Control and Prevention ("CDC"). The statements made in this declaration are based on my personal knowledge.

2. I am submitting this declaration pseudonymously because I fear retaliation. If the Court requires my name or job position, I would be willing to provide it ex parte and under seal.

3. The CDC serves as the nation's leading public health agency and is one of the major operating components of the Department of Health and Human Services (HHS). The CDC provides health information to the public and responds to disease outbreaks while working to prevent and control acute and chronic disease.

4. On April 1, more than 2,000 CDC staff received a Reduction in Force (RIF) notice via email stating that they will be separated from HHS effective June 2, 2025. The email communicated that staff receiving the notice were placed on administrative leave pending the June 2 separation date. The CDC FOIA Office was among those that received the RIF notice.

5. CDC staff receiving the RIF notices lost access to CDC's physical office spaces on

April 1. On April 2, they lost access to CDC computer systems.

6. To the best of my knowledge, no career CDC personnel received advance notice of the RIF action.

7. To the best of my knowledge, statutorily-mandated functions of numerous CDC employees who received RIF notices are currently not being performed, including the CDC FOIA Office's statutorily-mandated functions. These functions include FOIA processing and proactive public disclosures of information.

8. Large scale staffing cuts have also been made to other FOIA offices within HHS.

9. To the best of my knowledge, other HHS FOIA components, including the Office of the Secretary, are experiencing significant backlogs and reduced staffing.

10. To the best of my knowledge, there are currently no FOIA officers within HHS tasked with or trained on responding to FOIA requests to CDC.

11. If its statutorily-mandated responsibilities are transitioned to another office, I anticipate that the sudden closure of CDC's FOIA Office will substantially increase the processing times of current and future FOIA requests for CDC records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025          */s/ Person Doe*
                                     Person Doe