IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION**, *et. al.*,<br><br>Defendants. | Civil Action No. 25-01020 (TJK) |

### DECLARATION OF DR. JENNIFER HAO

I, Dr. Jennifer Hao, hereby declare as follows:

1. I submit this declaration in my personal capacity. The statements herein represent only my own views and experiences, not those of my employer or any other organization with which I am affiliated. The statements made in this declaration are based on my personal knowledge.

2. I am a board-certified Internal Medicine physician at Boston Medical Center, where I care for hundreds of patients as a primary care physician. I also serve as an Assistant Professor of General Internal Medicine at the Boston University Chobanian & Avedisian School of Medicine.

3. After receiving my B.A. in Molecular and Cellular Biology from Harvard College, I obtained my M.D. from the University of California, San Francisco School of Medicine. I completed my internship and residency training in Internal Medicine at the Massachusetts General Hospital.

1

4. As a primary care physician, I diagnose and manage a wide variety of health conditions for patients across the age spectrum, from teenagers to the elderly. I routinely treat infectious diseases such as COVID-19, influenza, tuberculosis, HIV, and sexually transmitted infections. I also manage chronic conditions including high blood pressure, diabetes, and heart disease. In addition to general internal medicine, I specialize in Women's Health.

5. My peers and I routinely rely on guidelines, data, and other resources published by the U.S. Centers for Disease Control and Prevention ("CDC") to care for patients and to guide clinical decision-making.

6. On January 31, 2025, several CDC records and datasets on which I regularly rely were suddenly removed from CDC's website. This included, but was not limited to, "U.S. Medical Eligibility Criteria for Contraceptive Use, 2024 (US MEC)," "U.S. Selected Practice Recommendations for Contraceptive Use, 2024 (US SPR)," "HIV Nexus: Clinical Guidance for PrEP," "CDC Guide to Taking a Sexual History," and "CDC STI Treatment Guidelines, 2021."

7. On February 1, 2025, I submitted a Freedom of Information Act ("FOIA") request through CDC's FOIA Portal for these removed CDC records.

8. I requested these records to continue providing evidence-based and guideline-directed care for my patients.

9. I requested expedited processing of my FOIA request based on the "compelling need" for the requested information. I explained in my request: "As a primary care doctor, lack of access to the most recent CDC guidelines on treatment and prevention of common infections could pose an imminent threat to the safety and well-being of my patients."

10. I received confirmation of receipt of my request on February 1, 2025. My request was assigned Tracking Number 25-00724-FOIA.

11. On February 10, 2025, I received an email from CDC stating "[a]ccess ha[d] been restored" to the requested records and including links to each.

12. I have concerns that the datasets linked in the response to my FOIA request and reposted on the CDC's website may be incomplete, modified, or otherwise not in their original form. For example, I requested access to the CDC report for "U.S. Medical Eligibility Criteria for Contraceptive Use, 2024." CDC's February 10 response provided a web link to this requested record. However, that web link carried a new banner stating, "[this] website is being modified to comply with President Trump's Executive Orders." It appears that this banner has been selectively applied to a limited number of CDC web pages.

13. Given this banner, I am concerned that other records on CDC's website on which I routinely rely may be modified from their original form.

14. I intend to submit FOIA requests for records like these and others from CDC in the future. The types of records and data that I intend to seek include the following: datasets regarding infectious disease outbreaks, guidelines for travel safety from the CDC's "Yellow Book" for special populations, reports on diabetes among high-risk patients, and data regarding harmful marketing by the tobacco industry and the health impacts on Americans. These are all examples of CDC data that are not currently publicly accessible, and I intend to seek access to these records from the CDC.

15. As a practicing clinician, I rely on the CDC to provide accurate, up-to-date, and accessible health information to guide patient care. My peers and I use CDC datasets, guidelines, and reports on a regular basis to ensure high-quality medical care. For example, in my primary care practice, I frequently diagnose and treat sexually transmitted infections (STIs). Amid rising antibiotic resistance, the CDC conducts surveillance on the incidence and characteristics of

common STIs, such as chlamydia, gonorrhea, and syphilis. From this data, the CDC compiles and disseminates practice guidelines for clinicians that are responsive to trends in antibiotic resistance. Historically, when key CDC records like these datasets were not readily available, physicians like myself could file a FOIA request to gain access. Today, this pathway has been eliminated. Without timely access to CDC information, practicing physicians will be deprived of essential tools – and ultimately, patients across the country will bear the greatest burden.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __17__, 2025

_____
Jennifer Hao, M.D.