## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

       Plaintiff,

       v.

U.S. CENTERS FOR DISEASE
CONTROL AND PREVENTION, et al.,

       Defendants.

Civil Action No. 25-01020 (TJK)

## DECLARATION OF DARYA MINOVI

I, DARYA MINOVI, declare as follows:

1.    I am a senior analyst at the Union of Concerned Scientists (UCS). The facts set forth in this Declaration are true and of my own personal knowledge or based on a review of UCS's business records generated in connection with UCS's work.

2.    As a senior analyst in UCS' Center for Science and Democracy, I conduct research on how the use or exclusion of science in government decision-making, especially regulatory processes, impacts public health and the environment.

3.    UCS is a nonprofit membership organization based in Cambridge, Massachusetts. UCS puts rigorous, independent science into action, developing solutions and advocating for a healthy, safe, and just future.

4.    UCS represents the interests of the scientific community in advancing science in public policy and advocates for the role of science and scientists in federal policymaking and in civil society. UCS does not receive federal funding to carry out its mission.

5.    UCS has over 450,000 members and supporters who join UCS to support its mission of advancing science-based decision-making in public policy, including in the federal

government.

6.      UCS is harmed by the mass firing of federal employees at the Centers for Disease Control and Prevention (CDC) responsible for managing and fulfilling Freedom of Information Act (FOIA) requests.

7.      Between 2020-2021, UCS submitted at least eight FOIA requests to the CDC for information and correspondence related to federal advisory committees, CDC staffing, and communications related to the COVID-19 pandemic and other matters.

8.      UCS uses the information collected from FOIA requests to CDC in our research and advocacy, including scientist staffing at CDC and other federal agencies, an investigation revealing political interference that blocked release of a PFAS toxicology report from CDC's Agency for Toxic Substances and Disease Registry (ATSDR), and research related to the government's handling of the COVID-19 pandemic.

9.      We share this information online in reports, blogs, and other publications, and widely through our social media channels and other communications with UCS supporters, researchers, decision-makers, and the broader public.

10.     UCS has also publicly supported the FOIA process in general, and has published several blogs about how records obtained through FOIA enhance the public's ability to engage in government decision-making.

11.      On March 11, 2025, UCS submitted a FOIA request to CDC that remains pending. The FOIA request seeks toxicological and epidemiological data from ATSDR's Toxicological Profile Health Effect Data Visualization Project. This data is used to inform UCS's, and the public's, ongoing work related to understanding the health effects of hazardous substances.

12.     The request has yet to be fulfilled and we are unsure whether we will receive the requested records with the elimination of the CDC FOIA office.

13.    The request was for ATSDR data that is congressionally-mandated, but is under threat due to recent government actions to remove publicly available information.

14.    If this FOIA request is not fulfilled, we will be unable to help make these data available to the public.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025

Darya Minovi