UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, ET AL.,<br><br>Defendants. | Civil Action No.: 1:25-cv-01020 |

**DECLARATION OF GUNITA SINGH**

I, Gunita Singh, declare as follows:

1.  I am a staff attorney at the Reporters Committee for Freedom of the Press ("Reporters Committee"), an unincorporated nonprofit association based in Washington, D.C. I have been a staff attorney at the Reporters Committee since September 2021. Prior to becoming a staff attorney, from February 2019 to September 2021, I was a legal fellow at the Reporters Committee. I am a member in good standing of the bar of the District of Columbia and am admitted to practice before this Court. I make this declaration in support of Plaintiff's motion for a preliminary injunction. I have personal knowledge of the matters stated in this declaration.

2.  I represent Andrés Cediel, a documentary filmmaker and professor at UC Berkeley's Graduate School of Journalism, in a pending action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against the Department of Health and Human Services ("HHS") and its subcomponent the Administration for Children and Families. The case is docketed as *Cediel v. U.S. Dep't of Health & Human Servs.*, Case No. 1:24-cv-02289 (D.D.C.).

1

3. On April 2, 2025, I received an email from an Assistant United States Attorney ("AUSA") representing the government defendants in the aforementioned FOIA litigation stating: "I had a good call with the Agency on Monday and was anticipating having answers for you shortly. However, I was just informed that [the Administration for Children and Families'] entire FOIA office is currently on administrative leave. I don't have further information at this point and will keep you apprised as I learn more."

4. As of the date of this filing, I have not received any additional information from the AUSA assigned to my case against HHS regarding the processing of the FOIA request at issue therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025, in Bridgewater, New Jersey.

_____
Gunita Singh