IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et. al.*,<br><br>Defendants. | Civil Action No. 25-01020 (TJK) |

**PLANTIFF'S PROPOSED SCHEDULE**

Pursuant to the Court's April 22, 2025 Minute Order, Plaintiff Citizens for Responsibility and Ethics in Washington respectfully submits the following proposed schedule for further proceedings in this case. For the reasons set out in Plaintiff's Motion For Preliminary Injunction and Partial Summary Judgment, ECF No. 13, CREW seeks a preliminary injunction to prevent imminent irreparable injury, as well as expedited partial summary judgment on Counts I–III of the Complaint, ECF No. 1. Courts in this Circuit often consider motions for a preliminary injunction and summary judgment jointly. *See, e.g.*, *Grundmann v. Trump*, No. 25-cv-425 (SLS), 2025 WL 782665, at *4 (D.D.C. Mar. 12, 2025); *Nat'l Ass'n for Fixed Annuities v. Perez*, 217 F. Supp. 3d 1, 58 (D.D.C. 2016); *Hedgeye Risk Mgmt., LLC v. Heldman*, 196 F. Supp. 3d 40, 46-47 (D.D.C. 2016).

Here, the parties' briefing can fully address the merits issues relevant to final disposition of Counts I–III of the Complaint, which raise no disputed factual issues material to CREW's claims. Moreover, expeditious final disposition will benefit CREW and the public so that they can be assured of access to the vital information at issue in this case. *See* 28 U.S.C. § 1657(a)

(stating that courts "shall expedite the consideration of any action . . . if good cause therefor is shown").

Plaintiff's counsel conferred in good faith with Defendants' counsel via telephone and email prior to filing this proposed schedule. Defendants' counsel, assigned to this matter yesterday, indicated he has suffered a sudden family emergency that will make it difficult for him to meet Plaintiff's proposed schedule or the default briefing and hearing deadlines set out in this Court's local rules. *See* Local Civil Rule 7(b) (opposition to motion due within 14 days of service), 65.1(c) (opposition to application for preliminary injunction due within seven days of service), 65.1(d) (hearing on application for preliminary injunction set within 21 days after its filing). The U.S. Attorney's Office of the District of Columbia ("USAO DC") has not reassigned this case, despite Defendants' counsel's family emergency.

Defendants' unprecedented and abrupt elimination of the CDC office is causing irreparable harm today. It is denying CREW and the public information relevant to urgent, ongoing public debates related to CDC's analysis of the ongoing measles outbreak and the United States DOGE Services' rapid mass firings at CDC, particularly of employees whose job responsibilities related to communicating information to the public. And those who rely on information obtained from CDC through FOIA to serve others, including physicians and public health professionals like those who submitted declarations in this case, have been left in the dark. However, in light of Defendants' counsel's family emergency Plaintiff offered, and is willing to consent to, a short extension of the deadlines proposed in Plaintiff's motion.

Plaintiff proposes the following combined briefing schedule:

1. Defendants shall file a combined opposition to Plaintiff's motion for preliminary injunction and partial summary judgment, on or before May 1, 2025;

2. Plaintiff shall file its reply to Defendants' combined opposition on or before May 7, 2025;

3. A combined hearing shall be held on May 12, 2025.

Plaintiff respectfully requests the Court to adopt this joint proposed schedule. Should assigned counsel's understandable need for delay persist, it is incumbent on Defendants and USAO DC to consider other staffing options to ensure that this case moves forward expeditiously and Plaintiff is not prejudiced. In the event the Court seeks to set a hearing earlier than May 12, Plaintiff's counsel respectfully requests a hearing not be held on May 9, 2025, due to conflict with another hearing being held in this District.

Date: April 23, 2025

Respectfully Submitted,

/s/  Kayvan Farchadi

Kayvan Farchadi (D.C. Bar No. 1672753)
Yoseph T. Desta (D.C. Bar No. 90002042)
Alex Goldstein (D.C. Bar No. 90005086)
Chun Hin Tsoi (D.C. Bar No. 90017713)
Kalyn Mizelle McDaniel (D.C. Bar No. 90027120)
Nikhel S. Sus (D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
kfarchadi@citizensforethics.org
ydesta@citizensforethics.org
agoldstein@citizensforethics.org
jtsoi@citizensforethics.org
kmizellemcdaniel@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*