

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No.: 2025-100002-FOIA-CDC**

**May 1, 2025**

*Sent via email:*
Kayvan Farchadi
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
kfarchadi@citizensforethics.org

Dear Kayvan Farchadi:

This acknowledges receipt of your April 4, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:

- "All communications sent or received by CDC Public Liaison Bruno Viana, CDC/ATSDR FOIA Officer Roger Andoh, or any other employees in the CDC/ATSDR FOIA Office that mention, reference, or relate to the decision to place the CDC FOIA office on administrative leave on April 1, 2025"; and

- "All communications sent or received by any CDC employee outside the CDC/ATSDR FOIA Office that mention, reference, or relate to the decision to place the CDC FOIA office on administrative leave on April 1, 2025"; and

- "All memoranda, directives, or other final records relating to the decision to place the CDC FOIA office on administrative leave on April 1, 2025." I have determined your request for expedited processing does not meet the requirements under the FOIA and HHS implementing regulations and cannot be granted. The FOIA requires an agency expedite processing of a request only when the requester demonstrates a "compelling need."

Our review indicates you have not clearly demonstrated a "compelling need," because you have not clearly articulated an imminent threat to the life or physical safety of an individual; and you also have not demonstrated that there is an "urgency to inform the public concerning actual or

alleged Federal activity" through a request by one primarily engaged in disseminating information to the public.

The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests:
(1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the commercial interest of the requester. Based upon careful consideration of the reasons you presented in support of your fee waiver; we have granted your request for a fee waiver.

If you are not satisfied with my action on this request, you may administratively appeal this denial of expedited processing. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal."  Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

> William Holzerland
> Deputy Agency Chief FOIA Officer
> U.S. Department of Health and Human Services
> Office of the Assistant Secretary for Public Affairs
> HHS.ACFO@hhs.gov

If you choose to mail your appeal, please clearly mark both the envelope and your letter "Freedom of Information Act Appeal."  The mailing address is Room 729H, 200 Independence Avenue, SW, Washington, DC 20201. Please note the entire office is working remotely and appeals sent by mail may receive delayed receipt dates.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

> HHS FOIA/PA Public Liaison
> FOI/Privacy Acts Division
> Assistant Secretary for Public Affairs (ASPA)
> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
> 200 Independence Avenue, SW, Suite 729H
> Washington, DC 20201
> Telephone: (202) 690-7453
> Fax: (202) 690-8320
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road–OGIS
> College Park, MD 20740-6001
> Telephone: 202-741-5770
> Toll-Free: 1-877-684-6448
> E-mail: ogis@nara.gov
> Fax: 202-741-5769

Sincerely yours,

*Farrah Monroe-Cook* on behalf of

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

---

**Case No.: 2025-100003-FOIA-CDC**

**May 1, 2025**

*Sent via email:*
Kayvan Farchadi
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
kfarchadi@citizensforethics.org

Dear Kayvan Farchadi:

This acknowledges receipt of your April 4, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:

- "All communications that mention, reference, or relate to the deliberation of or decision to place the CDC FOIA office on administrative leave on April 1, 2025, received by CDC staff and sent by any individual with an email address associated with DOGE, U.S. DOGE Service, or the Office of Personnel Management ("OPM")"; and

- "All memoranda, directives, and other final records relating to the deliberation of or decision to place the CDC FOIA office on administrative leave on April 1, 2025, received by CDC staff and sent by any individual with an email address associated with DOGE, U.S. DOGE Service, or the Office of Personnel Management ("OPM")"

Our review indicates you have not clearly demonstrated a "compelling need," because you have not clearly articulated an imminent threat to the life or physical safety of an individual; and you also have not demonstrated that there is an "urgency to inform the public concerning actual or alleged Federal activity" through a request by one primarily engaged in disseminating information to the public.

 The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests:
(1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the

commercial interest of the requester. Based upon careful consideration of the reasons you presented in support of your fee waiver; we have granted your request for a fee waiver.

If you are not satisfied with my action on this request, you may administratively appeal this denial of expedited processing. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal." Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

> William Holzerland
> Deputy Agency Chief FOIA Officer
> U.S. Department of Health and Human Services
> Office of the Assistant Secretary for Public Affairs
> HHS.ACFO@hhs.gov

If you choose to mail your appeal, please clearly mark both the envelope and your letter "Freedom of Information Act Appeal." The mailing address is Room 729H, 200 Independence Avenue, SW, Washington, DC 20201. Please note the entire office is working remotely and appeals sent by mail may receive delayed receipt dates.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

> HHS FOIA/PA Public Liaison
> FOI/Privacy Acts Division
> Assistant Secretary for Public Affairs (ASPA)
> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
> 200 Independence Avenue, SW, Suite 729H
> Washington, DC 20201
> Telephone: (202) 690-7453
> Fax: (202) 690-8320
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road–OGIS
>College Park, MD 20740-6001
>Telephone:  202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

        Sincerely yours,

        *Farrah Monroe-Cook* on behalf of

        Arianne Perkins
        Director, Initial FOIA Requests
        FOI/Privacy Acts Division



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No.: 2025-100004-FOIA-CDC**

**May 1, 2025**

*Sent via email:*
Kayvan Farchadi
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
kfarchadi@citizensforethics.org

Dear Kayvan Farchadi:

This acknowledges receipt of your April 4, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:

- "All guidance, communications, memoranda, directives, or policies describing CDC's plans to respond to, process, and otherwise manage open FOIA requests and future FOIA requests"; and

- "All guidance, communications, memoranda, directives, or policies describing CDC's plans to otherwise comply with its statutory responsibilities under FOIA."

Our review indicates you have not clearly demonstrated a "compelling need," because you have not clearly articulated an imminent threat to the life or physical safety of an individual; and you also have not demonstrated that there is an "urgency to inform the public concerning actual or alleged Federal activity" through a request by one primarily engaged in disseminating information to the public.

The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests:
(1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the commercial interest of the requester. Based upon careful consideration of the reasons you presented in support of your fee waiver; we have granted your request for a fee waiver.

If you are not satisfied with my action on this request, you may administratively appeal this denial of expedited processing. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal." Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

>William Holzerland
>Deputy Agency Chief FOIA Officer
>U.S. Department of Health and Human Services
>Office of the Assistant Secretary for Public Affairs
>HHS.ACFO@hhs.gov

If you choose to mail your appeal, please clearly mark both the envelope and your letter "Freedom of Information Act Appeal." The mailing address is Room 729H, 200 Independence Avenue, SW, Washington, DC 20201. Please note the entire office is working remotely and appeals sent by mail may receive delayed receipt dates.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

>HHS FOIA/PA Public Liaison
>FOI/Privacy Acts Division
>Assistant Secretary for Public Affairs (ASPA)
>Office of the Secretary (OS)
>U.S. Department of Health and Human Services (HHS)
>200 Independence Avenue, SW, Suite 729H
>Washington, DC 20201
>Telephone: (202) 690-7453
>Fax: (202) 690-8320
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

    Office of Government Information Services
    National Archives and Records Administration
    8601 Adelphi Road–OGIS
    College Park, MD 20740-6001
    Telephone:  202-741-5770
    Toll-Free: 1-877-684-6448
    E-mail: ogis@nara.gov
    Fax: 202-741-5769

    Sincerely yours,

    *Farrah Monroe-Cook* on behalf of

    Arianne Perkins
    Director, Initial FOIA Requests
    FOI/Privacy Acts Division



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

---

**Case No.: 2025-100005-FOIA-CDC**

May 1, 2025

*Sent via email:*
Kayvan Farchadi
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
kfarchadi@citizensforethics.org

Dear Kayvan Farchadi:

This acknowledges receipt of your April 4, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:

- "All guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to take down its FOIA portal website at https://foia.cdc.gov/ "; and

- "All guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to provide an automated email response to requesters' FOIA emails."

Our review indicates you have not clearly demonstrated a "compelling need," because you have not clearly articulated an imminent threat to the life or physical safety of an individual; and you also have not demonstrated that there is an "urgency to inform the public concerning actual or alleged Federal activity" through a request by one primarily engaged in disseminating information to the public.

The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests:
(1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the commercial interest of the requester. Based upon careful consideration of the reasons you presented in support of your fee waiver; we have granted your request for a fee waiver.

If you are not satisfied with my action on this request, you may administratively appeal this denial of expedited processing. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal." Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

>William Holzerland
>Deputy Agency Chief FOIA Officer
>U.S. Department of Health and Human Services
>Office of the Assistant Secretary for Public Affairs
>HHS.ACFO@hhs.gov

If you choose to mail your appeal, please clearly mark both the envelope and your letter "Freedom of Information Act Appeal." The mailing address is Room 729H, 200 Independence Avenue, SW, Washington, DC 20201. Please note the entire office is working remotely and appeals sent by mail may receive delayed receipt dates.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

>HHS FOIA/PA Public Liaison
>FOI/Privacy Acts Division
>Assistant Secretary for Public Affairs (ASPA)
>Office of the Secretary (OS)
>U.S. Department of Health and Human Services (HHS)
>200 Independence Avenue, SW, Suite 729H
>Washington, DC 20201
>Telephone: (202) 690-7453
>Fax: (202) 690-8320
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road–OGIS
>College Park, MD 20740-6001
>Telephone: 202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

Sincerely yours,

*Farrah Monroe-Cook* on behalf of

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Assistant Secretary for Public Affairs
Washington, D.C. 20201

---

**Case No.: 2025-100001-FOIA-CDC**

May 1, 2025

*Sent via email:*
Kayvan Farchadi
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
kfarchadi@citizensforethics.org

Dear Kayvan Farchadi:

This acknowledges receipt of your April 4, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:

"All records from January 20, 2025, to the date this request is processed that mention, reference, or relate to the CDC's decision not to release an assessment by the Center for Forecasting and Outbreak Analytics that addressed the risk of catching measles in relation to the vaccination rates of nearby areas."

As a result of our review of your request for expedited processing, as documented in this letter and on behalf of the Department as a whole, I have determined that your request for expedited processing meets the requirements under the FOIA and is granted. The FOIA requires that an agency expedite processing of a request only when the requester demonstrates a "compelling need." The subject matter of your request demonstrates that there is an "urgency to inform the public concerning actual or alleged Federal activity."

The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests:

(1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the commercial interest of the requester. Based upon careful consideration of the reasons you presented in support of your fee waiver; we have granted your request for a fee waiver.

                                                Sincerely yours,

                                                *Farrah Monroe-Cook* on behalf of

                                                Arianne Perkins
                                                Director, Initial FOIA Requests
                                                FOI/Privacy Acts Division