IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** 1331 F Street, NW, Suite 900 Washington, D.C. 20004, **Plaintiff,** v. **U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION,** **SUSAN MONAREZ, in her official capacity** as Acting Director of the U.S. Centers for **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** **ROBERT F. KENNEDY JR., in his official capacity** as Secretary of the U.S. Department **Defendants.** | Civil No. 25-cv-01020 (TJK) |

## MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 30 days—i.e., until June 9, 2025. Plaintiff, through counsel, has indicated its oppostion to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed this FOIA suit on April 4, 2025 and served the U.S. Attorney's Office on or about April 9, 2025. Plaintiff has also sought a preliminary injunction seeking expedited processing and a partial Motion for Summary Judgment. The Court has set a briefing schedule and hearing date for the preliminary injunction. The Court has also held in abeyance briefing on the

partial Motion for Summary Judgment.  Defendant seeks this extension because the undersigned counsel is currently out of the office on a family emergency matter.   As a result, undersigned counsel will not be able to effectively confer with the agency.   Also, addressing the complaint contemporaneously with the motion for Summary Judgment will work in favor of judicial efficiency. Specifically, the complaint appears to contain FOIA and Administrative Procedure Act claims that normally have different response times. Granting this motion will assist in allowing the parties to resolve these issues efficiently.

Defendant proposes this extension in good faith and not for the purpose of delay.  This is Defendant's first request for an extension in this matter.  Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
BENTON PETERSON
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202 252 2534

*Attorneys for the United States of America*