UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>Defendants. | Civil Action No. 25-1020 (TJK) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for the Defendants in the above-captioned case.

Date:   May 13, 2025

Respectfully submitted,

*/s/ John C. Truong*
JOHN C. TRUONG, D.C. Bar #465901
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2524
John.Truong@usdoj.gov

*Attorney for the Defendants*