IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION,** *et al.*,<br><br>Defendants. | Civil Action No. 25-01020 (TJK) |

### JOINT MOTION FOR SCHEDULING ORDER FOR DISPOSITIVE BRIEFING AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties, by and through their undersigned counsel, respectfully move the Court to enter the case schedule reflected in the accompanying proposed order, which (1) establishes that Plaintiff has the opportunity to amend its Complaint on or before June 25, 2025; (2) sets a four-brief schedule for dispositive motions under Federal Rules of Civil Procedure 12 and/or 56; and (3) incorporates Defendants' responsive pleading deadline, which is currently June 18, 2025, into the four-brief schedule. In support of this motion, the parties state as follows:

1. Plaintiff brought suit against Defendants on April 4, 2025, raising two claims under the Freedom of Information Act and two claims under the Administrative Procedure Act ("APA"). *See* ECF No 1.

2. Plaintiff filed a motion for preliminary injunction and partial summary judgment on April 21, 2025. *See* ECF No. 13. In an April 24, 2025 Minute Order, the Court entered a briefing schedule, under which briefing concluded on May 8, 2025, the Court held a hearing on May 13, 2025, and Plaintiff's request for partial summary judgment was held in abeyance.

3. On June 4, 2025, the Court denied Plaintiff's preliminary injunction motion. ECF Nos. 28, 29.

4. Following the Court's ruling, Plaintiff intends to amend its Complaint. Plaintiff intends to, at a minimum, drop one of its APA claims, which should narrow the potential issues in dispute. Defendants consent.[1] The parties propose that Plaintiff files any amendment to its Complaint on or before June 25, 2025.

5. Defendants' deadline by which to answer or otherwise respond to the Complaint is presently June 18, 2025; the Court previously granted Defendants two extensions of time to answer or otherwise respond. *See* ECF No. 27 (Defendants' unopposed motion seeking extension of responsive pleading deadline to 14 days after ruling on preliminary injunction motion); May 28, 2025 Minute Order (granting time-extension motion); May 9, 2025 Minute Order (granting in part Defendants' first time-extension motion).

6. The parties anticipate that this case will be resolved on the basis of dispositive motions under Federal Rules of Civil Procedure 12 and/or 56 as appropriate. *See* ECF No. 21 at 3 n.1. Accordingly, the parties respectfully request that the Court enter the following four-brief schedule for dispositive briefing, to begin after the filing of Plaintiff's amended Complaint on or before June 25, 2025:

- July 9, 2025: Plaintiff's Motion for Summary Judgment under Rule 56;

- August 8, 2025: Defendants' Opposition and Incorporated Cross-Motion to Dismiss under Rule 12 or, in the alternative, for Summary Judgment under Rule 56;

- August 28, 2025: Plaintiff's Opposition and Incorporated Reply;

- September 8, 2025: Defendants' Reply.

---

[1] The parties agree that Plaintiff is, as a matter of right, entitled to amend its Complaint because Defendants have not yet served a responsive pleading. *See, e.g.*, *In re Sunrise Sr. Living, Inc. Derivative Litig.*, 550 F. Supp. 2d 1, 4–5 (D.D.C. 2008).

7. The parties respectfully submit that this proposed case schedule is supported by good cause and judicial economy. The schedule avoids duplicative or unnecessary pleadings or briefings and tees this case up for final resolution. The parties do not believe the proposed schedule will impact any other case deadlines.

8. A proposed order accompanies this motion

                                                      Respectfully Submitted,

/s/ _____
Kayvan Farchadi (D.C. Bar No. 1672753)
Yoseph T. Desta (D.C. Bar No. 90002042)
Alex Goldstein (D.C. Bar No. 90005086)
Chun Hin Tsoi (D.C. Bar No. 90017713)
Kalyn Mizelle McDaniel (D.C. Bar No. 90027120)
Nikhel S. Sus (D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
kfarchadi@citizensforethics.org
ydesta@citizensforethics.org
agoldstein@citizensforethics.org
jtsoi@citizensforethics.org
kmizellemcdaniel@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*


JEANINE PIRRO
Interim United States Attorney

By: _____/s/_____
BENTON PETERSON
Assistant United States Attorney
Bar No.1029849
601 D Street, NW

3

Washington, DC 20530
202 252 2534

*Attorneys for the United States of America*