**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION**, *et. al.*, <br><br> Defendants. | Civil Action No. 25-01020 (TJK) |

**DECLARATION OF ALEX M. GOLDSTEIN
IN SUPPORT OF SUMMARY JUDGMENT**

I, ALEX M. GOLDSTEIN, hereby declare as follows:

1.      I am Associate Counsel at Citizens for Responsibility and Ethics in Washington ("CREW") and counsel for CREW in the above-captioned action. I previously submitted a declaration in this matter on April 21, 2025 (ECF No. 13-3) and a supplemental declaration in this matter on May 22, 2025 (ECF No. 26-2). I make this Declaration in Support of Summary Judgment, which incorporates and supplements my prior declarations, based on my personal knowledge, consultation with colleagues, and review of CREW's files.

**April 1, 2025 FOIA Requests**

2.      On April 1, 2025, CREW submitted five Freedom of Information Act ("FOIA") requests to the U.S. Centers for Disease Control and Prevention ("CDC"). These requests are the subject of this litigation and are described in greater detail in my April 21 declaration (ECF No. 13-3).

3.      To date, CREW has not received determination letters from Defendants on any of the five April 1 requests.

4.      On June 23, 2025, the Office of the Secretary FOIA office ("OS FOIA") of the Department of Health and Human Services ("HHS") emailed CREW letters acknowledging receipt of two of CREW's April 1 requests (the expedited measles-related request and the non-expedited FOIA-portal-related request). True and correct copies of the letters are attached as Exhibits A and B. Both letters stated:

> Because you seek records which require a search in another office, "unusual circumstances" apply to your request, automatically extending the time limit to respond to your request for ten additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). The actual time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any material located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Our current workload is approximately 7000 cases.

5.      To date, CREW has not received any further correspondence on the April 1 requests.

### May 21, 2025 FOIA Requests

6.      On May 21, 2025, CREW submitted two additional FOIA requests to OS FOIA for CDC records. Those requests are detailed in my May 22 supplemental declaration (ECF No. 26-2).

7.      CREW did not receive acknowledgment letters on these requests within 10 business days, *see* 45 C.F.R. § 5.24(a), or determinations on them within 20 business days, *see* 5 U.S.C. § 552(a)(6)(A)(i). Beyond the automated email notification it received when it submitted these requests, CREW has not received any further communications regarding them.[1]

---

[1] In my May 22 supplemental declaration, I also discussed four FOIA requests, from December 11, 2024, December 19, 2024, March 27, 2025, and May 1, 2025, that CREW submitted to OS FOIA for HHS records. The status of those FOIA requests has not changed since my supplemental declaration; CREW has not received any further communications regarding these requests.

**June 25, 2025 FOIA Requests**

8.      On June 25, 2025, CREW submitted five additional FOIA requests to OS FOIA

for CDC records.

9.      First, CREW submitted a request seeking records related to the termination of

members of the CDC Advisory Committee on Immunization Practices. A true and correct copy

of the request is attached as Exhibit C. CREW submitted the request through the HHS FOIA

Public Access Link Portal and via email. CREW received an automated email, assigning the

request Tracking No. #2025-03154-FOIA-OS. To date, CREW has received no additional

information or correspondence on this request, such as the required acknowledgment letter. *See*

45 C.F.R. § 5.24(a).

10.      Second, CREW submitted a request seeking certain CDC reading-room records

that are required to be proactively disclosed under FOIA.[2] A true and correct copy of the request

is attached as Exhibit D. CREW submitted the request through the HHS FOIA Public Access

Link Portal and via email. CREW received an automated email, assigning the request Tracking

---

[2] To date, CDC FOIA reading-room disclosures under 5 U.S.C. § 552(a)(2) (specifying records
that an agency must proactively disclose in an electronic reading room), which continued as
recently as March 2025, have ceased. The CDC reading room is available at https://foia.cdc.gov/
app/ReadingRoom.aspx. A true and correct copy of a screenshot of the CDC reading room,
reflecting a July 15, 2025 search for documents in all of the "Area of Interest" categories, is
attached as Exhibit H. HHS FOIA online resources do not contain up-to-date CDC reading room
information. The OS FOIA reading-room webpage, available at https://www.hhs.gov/foia/
electronic-reading-room/index.html and reflected in Exhibit I, a true and correct copy of the
webpage as of July 15, 2025, purports to link to the CDC reading-room webpage. But that link is
broken, as reflected in Exhibit J, a true and correct copy of the linked webpage as of July 15,
2025. It automatically routes to the CDC *FOIA Resources* webpage, available at https://www.
cdc.gov/foia/resources/?CDC_AAref_Val=https://www.cdc.gov/od/foia/reading/index.htm. A
true and correct copy of that webpage as of July 15, 2025 is attached as Exhibit K. The webpage
does not contain up-to-date CDC reading-room records. The HHS FOIA reading room, available
at https://requests.publiclink.hhs.gov/App/ReadingRoom.aspx, does not either. A true and correct
copy of a screenshot of the HHS reading room, reflecting a July 15, 2025 search for documents
in all of the "Reading Room File Cabinet" categories, is attached as Exhibit L.

No. #2025-03155-FOIA-OS. To date, CREW has received no additional information or correspondence on this request, such as the required acknowledgment letter. *See* 45 C.F.R. § 5.24(a).

11.    Third, CREW submitted an expedited request seeking records related to the ongoing measles epidemic. A true and correct copy of the request is attached as Exhibit E. CREW submitted the request through the HHS FOIA Public Access Link Portal and via email. CREW received an automated email, assigning the request Tracking No. #2025-03156-FOIA-OS. CREW did not receive a determination on its request for expedited processing within 10 business days and still has not received a determination. To date, CREW has received no additional information or correspondence on this request, such as the required acknowledgment letter. *See* 45 C.F.R. § 5.24(a).

12.    Fourth, CREW submitted a request seeking records related to CDC's rehiring of employees who had previously been fired by the agency. A true and correct copy of the request is attached as Exhibit F. CREW submitted the request through the HHS FOIA Public Access Link Portal and via email. CREW received an automated email, assigning the request Tracking No. #2025-03158-FOIA-OS. To date, CREW has received no additional information or correspondence on this request, such as the required acknowledgment letter. *See* 45 C.F.R. § 5.24(a).

13.    Fifth, CREW submitted a request seeking records related to CDC work on autism, including CDC's study of any alleged links between vaccines and autism. A true and correct copy of the request is attached as Exhibit G. CREW submitted the request through the HHS FOIA Public Access Link Portal and via email. CREW received an automated email, assigning the request Tracking No. #2025-03157-FOIA-OS. To date, CREW has received no additional

information or correspondence on this request, such as the required acknowledgment letter. *See* 45 C.F.R. § 5.24(a).

14.    In the coming months, CREW intends to submit several additional FOIA requests to Defendants for CDC records. In particular, CREW intends to submit FOIA requests seeking CDC guidance, communications, memoranda, directives, policies, or other records related to, among other topics, the decision to remove the COVID-19 vaccine from the CDC's list of recommended vaccines for pregnant women and children[3]; rising COVID-19 rates nationally[4]; additional RIF plans following the one initiated on April 1, 2025[5]; the withholding of funding for public health programs[6]; Department of Government Efficiency involvement in CDC funding and staffing; and agency leadership, including the roles and responsibilities of former CDC Acting Director Susan Monarez and CDC Chief of Staff Matt Buzzelli between March 24, 2025, when Monarez by law could no longer serve as Acting Director, and present day.[7]

---

[3] *See, e.g.*, Rob Stein, *RFK Jr. says COVID shots no longer recommended for kids, pregnant women*, NPR (May 27, 2025), https://www.npr.org/sections/shots-health-news/2025/05/27/nx-s1-5413179/covid-vaccine-children-pregnant-rfk-cdc.

[4] *See, e.g.*, Alexander Tin, *COVID cases likely rising in half of states, CDC estimates*, CBS News (July 11, 2025), https://www.cbsnews.com/news/covid-cases-likely-rising-half-of-states-cdc-estimates/.

[5] *See, e.g.*, Chelsea Cirruzzo & Kelly Hooper, *DOGE's next phase*, Politico Pulse (May 30, 2025), https://www.politico.com/newsletters/politico-pulse/2025/05/30/doges-next-phase-00375611.

[6] *See, e.g.*, Selena Simmons-Duffin, *'Where's our money?' CDC grant funding is moving so slowly layoffs are happening*, NPR (June 28, 2025), https://www.npr.org/sections/shots-health-news/2025/06/28/nx-s1-5442689/cdc-trump-layoffs-public-health-rescission; Brian Mann, *Exclusive: Trump team withholds $140 million budgeted for fentanyl fight*, NPR (July 16, 2025), https://www.npr.org/2025/07/16/nx-s1-5468535/fentanyl-trump-addiction-funding.

[7] *See, e.g.*, Melody Schreiber, *Who is in charge at the US Centers for Disease Control and Prevention?*, The Guardian (June 29, 2025), https://www.theguardian.com/us-news/2025/jun/29/who-is-in-charge-at-the-cdc; Helen Branswell, *Does the CDC have an acting director?*, Stat News (May 16, 2025), https://www.statnews.com/2025/05/16/does-the-cdc-have-an-acting-director-yes-says-rfkjr/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2025

*Alex Goldstein*
Alex Goldstein

Exhibit A

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**HHS Case No**: **2025-100057-FOIA-CDC**

**June 23, 2025**

*Sent via email: jtsoi@citizensforethics.org*
Chun Hin Jeffrey Tsoi
Citizens for Responsibility and Ethics in Washington (CREW)

Dear Chun Hin Jeffrey Tsoi:

This acknowledges receipt of your April 1, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning: "All records from January 20, 2025 to the date this request is processed that mention, reference, or relate to the CDC's decision not to release an assessment by the Center for Forecasting and Outbreak Analytics that addressed the risk of catching measles in relation to the vaccination rates of nearby areas."

We received your request on April 1, 2025.

Because you seek records which require a search in another office, "unusual circumstances" apply to your request, automatically extending the time limit to respond to your request for ten additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). The actual time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any material located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Our current workload is approximately 7000 cases.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

HHS FOIA/PA Public Liaison
FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)
Telephone: (202) 690-7453
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

Page 2

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
Telephone: 202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov

If you are not already submitting your requests through our Public Access Link (PAL), we recommend all future requests and appeals be submitted through PAL - https://requests.publiclink.hhs.gov/.  Submitting requests through PAL automatically logs your requests into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your request, receive your documents directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the HHS FOIA office via email at foiarequest@hhs.gov.

Sincerely yours,

Arianne M. Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division

# Exhibit B

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**HHS Case No**: **2025-100058-FOIA-CDC**

**June 23, 2025**

***Sent via email:*** agoldstein@citizensforethics.org
Alex Goldstein
Citizens for Responsibility and Ethics in Washington (CREW)

Dear Alex Goldstein:

This acknowledges receipt of your April 1, 2025, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning:
"Records from January 20, 2025 to the date this request is processed:
1. All guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to take down its FOIA portal website at https://foia.cdc.gov/.
2. All guidance, communications, memoranda, directives, policies, or other final directives relating to CDC's plan to provide an automated email response to requesters' FOIA emails."

We received your request on April 1, 2025.

Because you seek records which require a search in another office, "unusual circumstances" apply to your request, automatically extending the time limit to respond to your request for ten additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). The actual time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any material located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Our current workload is approximately 7000 cases.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

HHS FOIA/PA Public Liaison
FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)
Telephone: (202) 690-7453
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

Page 2

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
Telephone:  202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov

If you are not already submitting your requests through our Public Access Link (PAL), we recommend all future requests and appeals be submitted through PAL - https://requests.publiclink.hhs.gov/.  Submitting requests through PAL automatically logs your requests into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your request, receive your documents directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the HHS FOIA office via email at foiarequest@hhs.gov.


Sincerely yours,


Arianne M. Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division

Exhibit C



**CITIZENS FOR
RESPONSIBILITY &
ETHICS IN WASHINGTON**

June 25, 2025

Department of Health and Human Services
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

**Re:  Freedom of Information Act Request**

Dear FOIA Officer:

Citizens for Responsibility and Ethics in Washington ("CREW") submits this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and HHS regulations, 45 C.F.R. § 5.1 *et seq*.

Specifically, CREW requests the following records of the U.S. Centers for Disease Control and Prevention ("CDC") from January 20, 2025, to the date this request is processed:

1.   All communications sent or received by any employees of the Centers for Disease Prevention and Control (CDC) that mention, reference, or relate to the Advisory Committee on Immunization Practices (ACIP) and/or its scheduled June 2025 meeting.
2.   Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to the Department of Health and Human Services ("HHS") decision to retire 17 members of ACIP and appoint 8 new members.
3.   Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to the withdrawal of Dr. Michael Ross from ACIP.

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.

If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are

info@citizensforethics.org  202.408.5565                    **CITIZENSFORETHICS.ORG**

June 25, 2025
Page 2

properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agencywide preservation hold on all documents potentially responsive to this request.

### Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. *See id.* § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g.*, *McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

ACIP is "a federal advisory committee that develops recommendations on the use of vaccines in the civilian population of the United States. CDC sets the U.S. adult and childhood immunization schedules based on recommendations from  ACIP."[1] ACIP holds three regular meetings each year to review scientific data and vote on vaccine recommendations. The first meeting of 2025 is being held on June 25th and 26th, the day and the day after this request is being submitted.[2]

Two weeks prior to this scheduled meeting, HHS Secretary Kennedy announced he had  "removed the 17 sitting members of the ACIP committee" in a move to "totally reconstitu[te]" the panel. [3] This decision contradicts Mr. Kennedy's assurances during his nomination that he would not alter the panel.[4] Many public health experts have strongly condemned the decision. Dr. Sean O'Leary, chair of the infectious disease committee for the American Academy of Pediatrics said of the decision, "I don't think there's any way to put this, other than saying that this is an unmitigated public health disaster." [5]

---

[1] *Advisory Committee on Immunization Practices General Committee-Related Information*, cdc.gov, https://www.cdc.gov/acip/about/index.html (last visited June 25, 2025).

[2] *ACIP Meeting Information*, cdc.gov, https://www.cdc.gov/acip/meetings/index.html (last visited June 25, 2025).

[3] *HHS Takes Bold Step to Restore Public Trust in Vaccines by Reconstituting ACIP,* hhs.gov, https://www.hhs.gov/press-room/hhs-restore-public-trust-vaccines-acip.html (June 9, 2025).

[4] Ken Alltucker, *RFK Jr. clashes with key GOP senator over vaccine committee firings*, USAToday, https://www.usatoday.com/story/news/politics/2025/06/24/rfk-jr-bill-cassidy-vaccine-committee-firings/84331953007/ (June 24, 2025).

[5] Apoorva Mandavilli, *Kennedy Removes All C.D.C. Vaccine Panel Experts*, NYTimes, https://www.nytimes.com/2025/06/09/health/rfk-jr-cdc-vaccine-panel.html (June 9, 2025).

June 25, 2025
Page 3

After dismissing the sitting members, Secretary Kennedy named eight new members to ACIP. Republican Senator Cassidy, the chairman of the Senate Committee on Health, Education, Labor, and Pensions, said in the X post that "some [of the appointees] lack experience studying new technologies such as mRNA vaccines, and may even have a preconceived bias against them." Dr. Richard Besser, who served as acting director of the C.D.C. in 2009, said, when the original panel members were dismissed that "a refigured committee of like-minded individuals to the secretary, doctors, nurses, pharmacists who provide advice are going to be in big trouble."[6] The night before the panel was set to meet, one of the eight appointees resigned from the panel.[7] Given the upheaval in the past two weeks, many experts have called for the meeting to be delayed, including Senator Cassidy who said that the advisory panel's meeting "should be delayed until the panel is fully staffed with more robust and balanced representation—as required by law—including those with more direct relevant expertise."[8]

The public is rightly concerned about the consequences of this rapid reconfiguration.[9] The public has a right to information about why and how decisions about the changes to the panel's membership were made and HHS's plan to address the consequences of upending this critical panel of experts.

CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlighting and working to reduce the influence of money on politics. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to the public through its website, www.citizensforethics.org. The release of information obtained through this request is not in CREW's financial interest.

CREW further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because CREW qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives over 150,000 page views every month.

---

[6] *Id.*

[7] Apoorva Mandavilli, *Vaccine Panel Gutted by Kennedy Loses a Member Ahead of First Meeting*, NYTimes, https://www.nytimes.com/2025/06/24/us/politics/rfk-jr-cdc-vaccine-panel.html (June 24,2025).

[8] @SenBillCassidy, X.com , https://x.com/SenBillCassidy/status/1937283186758680766 (June 23, 2025 6:54 PM).

[9] Pien Huang, *RFK Jr.'s picks for CDC vaccine advisers meet this week amid controversy*, NPR, https://www.npr.org/sections/shots-health-news/2025/06/25/nx-s1-5438482/cdc-vaccine-committee-acip-meeting-rfk (June 25, 2025).

June 25, 2025
Page 4

The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website.

Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

### **Conclusion**

If you have any questions about this request or foresee any problems in fully releasing the requested records, please email me at agoldstein@citizensforethics.org and foia@citizensforethics.org or call me at (202) 408-5565. Also, if CREW's request for a fee waiver is denied, please contact our office immediately upon making such a determination.

Where possible, please produce records in electronic format. Please send the requested records to agoldstein@citizensforethics.organd foia@citizensforethics.org or by mail to Alex Goldstein, Citizens for Responsibility and Ethics in Washington, P.O. Box 14596, Washington, D.C. 20044.

Sincerely,

*Alex Goldstein*

Alex Goldstein
Associate Counsel

# Exhibit D



**CITIZENS FOR
RESPONSIBILITY &
ETHICS IN WASHINGTON**

June 25, 2025

Department of Health and Human Services
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

Re: **Freedom of Information Act Request**

Dear FOIA Officers:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and United States Department of Health and Human Services ("HHS") regulations.

Specifically, CREW requests the following records of the U.S. Centers for Disease Control and Prevention ("CDC") from January 20, 2025, to the date this request is processed:

1) Any and all statements of policy and interpretations which have been adopted by CDC and are not published in the Federal Register, as required under 5 U.S.C. § 552a(2)(B).
2) Any and all administrative staff manuals and instructions to staff that affect a member of the public, as required under 5 U.S.C. § 552a(2)(C).
3) Any and all CDC FOIA logs, as required under 5 U.S.C. §§ 552a(2)(D), (E).

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.

If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of

CITIZENSFORETHICS.ORG

info@citizensforethics.org  202.408.5565

2

the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agency wide preservation hold on all documents potentially responsive to this request.

### Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. *See id.* § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g.*, *McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

The requested records concern federal government operations and are likely to contribute to a significantly greater public understanding of those operations and government procedures because they are all records that CDC must publicly and proactively disclose on its reading room website under FOIA. *See, e.g.*, *CREW v. U.S. Dep't of Just.*, 846 F.3d 1235, 1240 (D.C. Cir. 2017). The requested policy statements and manuals represent "the working law of the agency." *Campaign for Accountability v. U.S. Dep't of Just.*, 486 F. Supp. 3d 424, 433 (D.D.C. 2020). They therefore "afford the private citizen the essential information to enable him to deal effectively and knowledgably with the Federal agencies," including CDC. Attorney General's Memorandum on the Public Information Section of the Administrative Procedure Act (June 1967) (quoting S. Rep. No. 88-1219, at 12); *see NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 153 (1975). The requested FOIA logs documents information for each FOIA request CDC receives. *See, e.g.*, *Kwoka v. Internal Revenue Serv.*, No. 17-CV-1157 (DLF), 2018 WL 4681000, at *2 (D.D.C. Sept. 28, 2018). They therefore provide the public with valuable insights into the CDC's FOIA activities and operations. Despite the CDC's obligation to post all the requested records on its reading room website, it does not appear that the agency has fulfilled its obligation since March 2025. The agency's reading room website[1] does not appear to have any published records since March 2025, and the HHS reading room website[2] does not appear to have the requested records either.

The requested records are also not for a commercial purpose. CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlighting and working to reduce the influence of money on politics. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to

---

[1] https://foia.cdc.gov/app/ReadingRoom.aspx.
[2] https://www.hhs.gov/foia/electronic-reading-room/index.html.

3

the public through its website, www.citizensforethics.org. The release of information obtained through this request is not in CREW's financial interest.

CREW further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because CREW qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

## Conclusion

If you have any questions about this request or foresee any problems in fully releasing the requested records, please email agoldstein@citizensforethics.org and foia@citizensforethics.org or call (202) 408-5565. Also, if CREW's request for a fee waiver is denied, please contact our office immediately upon making such a determination.

Where possible, please produce records in electronic format. Please send the requested records to agoldstein@citizensforethics.org and foia@citizensforethics.org. Thank you for your assistance in the matter.

Sincerely,

*Alex Goldstein*

Alex Goldstein
Associate Counsel

# Exhibit E



**CITIZENS FOR
RESPONSIBILITY &
ETHICS IN WASHINGTON**

June 25, 2025

Department of Health and Human Services
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

**Re: <u>Expedited Freedom of Information Act Request</u>**

Dear FOIA Officers:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and United States Department of Health and Human Services ("HHS") regulations.

Specifically, CREW requests the following records of the U.S. Centers for Disease Control and Prevention ("CDC") from January 20, 2025, to the date this request is processed:

1) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to measles rates, treatments, severity, or vaccinations.
2) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to handling public communications or FOIA requests about measles rates, treatments, severity, or vaccinations.
3) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to CDC staff and resources to address measles outbreaks.

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.

If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt

CITIZENSFORETHICS.ORG

info@citizensforethics.org  202.408.5565

2

portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agency wide preservation hold on all documents potentially responsive to this request.

### Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. *See id.* § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g.*, *McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

As discussed in the request for expedited processing below, the requested information is of urgent and critical public interest. The requested records are likely to contribute to a greater public understanding of the ongoing measles outbreak in 2025 and the federal government's response to it. America has seen its first measles deaths in a decade,[1] and, as of last week, has a total of 1,214 confirmed measles cases across 36 states.[2] The disease is highly contagious and serious,[3] and, with the worsening outbreak, the U.S. is on the brink of losing its measles "elimination status."[4] Medical experts and others have questioned the federal government's response, citing, among other things, its measles

---

[1] *See, e.g.*, Tom Bartlett, *His Daughter Was America's First Measles Death in a Decade*, The Atlantic (March 11, 2025), https://www.theatlantic.com/health/archive/2025/03/texas-measles-outbreak-death-family/681985/; Measles Cases and Outbreaks, CDC (updated June 20, 2025), https://www.cdc.gov/measles/data-research/index.html.

[2] Measles Cases and Outbreaks, *supra* note 1.

[3] *Id.*

[4] *See, e.g.*, Lauren J. Young, *Measles 'Was' Eliminated in the U.S. in 2000. The Current Outbreak May Change That*, Scientific American (Apr. 10, 2025), https://www.scientificamerican.com/article/measles-outbreak-in-u-s-may-undo-formal-elimination-status/; Adam Ratner, A grim milestone: *U.S. is on the cusp of losing its official measles elimination status*, Stat News (June 24, 2025), https://www.statnews.com/2025/06/24/us-measles-elimination-status-vaccine-rates-cdc-mmr-rate/.

3

ineffective vaccine messaging and cuts to public health staff and resources.[5] The American people need to know if and how the CDC, the country's leading public health agency, is working to safeguard them during this public health emergency and properly communicate to them during it.

The requested records also are not for a commercial purpose. CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlighting and working to reduce the influence of money on politics. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to the public through its website, www.citizensforethics.org. The release of information obtained through this request is not in CREW's financial interest.

CREW further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because CREW qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely disseminates information obtained through FOIA to the public in

---

[5] *See, e.g.*, Jessica Glenza, *RFK Jr says his response to measles outbreak should be 'model for the world'*, The Guardian (Apr. 9, 2025), https://www.theguardian.com/us-news/2025/apr/09/rfk-jr-measles-outbreak-texas; Julie Steenhuysen, *US measles battle hindered by confusion over health secretary response*, Reuters (Apr. 9, 2025), https://www.reuters.com/business/healthcare-pharmaceuticals/us-measles-battle-hindered-by-confusion-over-health-secretary-response-2025-04-09/.; Melody Schreiber, *Measles Is Spreading, and RFK Jr. Is Praising Quacks*, The New Republic (Apr. 11, 2025), https://newrepublic.com/article/193935/measles-cases-spreading-rfk-jr-vaccines; Alexander Tin, *CDC scraps plan to help Texas schools curb measles over layoffs, employee says*, CBS News (Apr. 18, 2025), https://www.cbsnews.com/news/cdc-scraps-plan-to-help-texas-schools-curb-measles-more-layoffs-loom/; Beth Mole, *CDC struggling to fight raging measles outbreak after deep funding, staff cuts*, Ars Technica (Apr. 16, 2025), https://arstechnica.com/health/2025/04/each-measles-case-in-raging-outbreak-costs-up-to-50000-cdc-official-says/; Lena H. Sun, *CDC scientist: Texas measles outbreak response hurt by funding cuts*, Wash. Post (June 23, 2025), https://www.washingtonpost.com/health/2025/04/16/texas-measles-response-funding-cuts/; Jen Schwartz, *As Measles Continues to Rise, CDC Muffles Vaccine Messaging*, Scientific American (Mar. 31, 2025), https://www.scientificamerican.com/article/as-measles-continues-to-rise-cdc-muffles-vaccine-messaging/; Alexander Tin, *Large number of measles cases being missed, CDC says*, CBS News (Apr. 15, 2025), https://www.cbsnews.com/news/measles-cases-missed-in-texas-outbreak-cdc-says/

4

several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

### Expedited Processing Request

CREW requests expedited processing of this request pursuant to 5 U.S.C. § 552 and 45 C.F.R. § 5.27.  CREW is entitled to expedited processing because it "is primarily engaged in disseminating information," and there is an "urgency to inform the public concerning actual or alleged Federal Government activity." 5 U.S.C. § 552(6)(E)(v)(II); *see* 45 C.F.R. § 5.27(b)(2).

CREW is "primarily engaged in disseminating information" to the public. This "standard requires that information dissemination be the main [and not merely an incidental] activity of the requestor," but "publishing information need not be [the organization's] sole occupation." *Protect Democracy Project, Inc. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 298 (D.D.C. 2017) (quotation marks omitted). CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. CREW is a credible requestor and disseminator of information often relied on by major media outlets.[6]

Moreover, the facts demonstrate that (1) the request concerns a matter of current exigency to the American public; (2) the consequences of delaying a response would compromise a significant recognized interest; and (3) the request concerns federal government activity. *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001).

*First*, the requested records concern a matter of current exigency to the American public insofar as they are the subject of a currently unfolding story: the ongoing measles outbreak in 2025 and the federal government's response to it. America has seen its first measles deaths in a decade,[7] and, as of last week, has a total of 1,214 confirmed measles

---

[6] *See, e.g., Citizens for Responsibility and Ethics in Washington*, N.Y. Times, https://www.nytimes.com/topic/citizens-for-responsibility-and-ethics-in-washington (last visited Nov. 20, 2024) (list of New York Times articles referencing CREW spanning over a decade); Ed Pilkington and Dharna Noor, *Top US ethics watchdog investigating Trump over dinner with oil bosses*, The Guardian (May 15, 2024),https://www.theguardian.com/us-news/article/2024/may/15/ethics-watchdog-investigating-trump-big-oil/ (referring to CREW as "Top US ethics watchdog").

[7] *See, e.g.*, supra note 1.

cases across 36 states.[8] The disease is highly contagious and serious,[9] and, with the worsening outbreak, the U.S. is on the brink of losing its measles "elimination status."[10] Medical experts and others have questioned the federal government's response, citing, among other things, its measles vaccine messaging and cuts to public health staff and resources.[11]

*Third*, and finally, management of data possessed by federal agencies concerns quintessential federal government activity. Likewise, the CDC's handling of measles-related issues clearly relates to the agency's core public health mission.

The undersigned certifies that the representations in the foregoing Request for Expedited Processing are true and correct to the best of their knowledge and belief.

<u>**Conclusion**</u>

If you have any questions about this request or foresee any problems in fully releasing the requested records, please email agoldstein@citizensforethics.org and foia@citizensforethics.org or call (202) 408-5565. Also, if CREW's request for a fee waiver is denied, please contact our office immediately upon making such a determination.

Where possible, please produce records in electronic format. Please send the requested records to agoldstein@citizensforethics.org and foia@citizensforethics.org. Thank you for your assistance in the matter.

Sincerely,

*Alex Goldstein*

Alex Goldstein
Associate Counsel

---

[8] Measles Cases and Outbreaks, *supra* note 1.
[9] *Id.*
[10] *See, e.g.*, *supra* note 4.
[11] *See, e.g.*, *supra* note 5.

# Exhibit F



CITIZENS FOR
RESPONSIBILITY &
ETHICS IN WASHINGTON

June 25, 2025

Department of Health and Human Services
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

**Re: <u>Freedom of Information Act Request</u>**

Dear FOIA Officers:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and United States Department of Health and Human Services ("HHS") regulations.

Specifically, CREW requests the following records of the U.S. Centers for Disease Control and Prevention ("CDC") from January 20, 2025, to the date this request is processed:

1) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to the rehiring of CDC employees fired after January 20, 2025, including those fired as part of the implementation at CDC of the February 11, 2025 executive order titled "Department of Government Efficiency' Workforce Optimization Initiative" (90 Fed. Reg. 9669).

2) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to concerns about the CDC's ability to accomplish aspects of its mission or services because of employee layoffs.

3) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to the involvement of the Department of Government Efficiency in decisions to fire or hire CDC employees.

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.

If it is your position any portion of the requested records is exempt from disclosure,

CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agency wide preservation hold on all documents potentially responsive to this request.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. *See id.* § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g., McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

The subjects of this request are likely to contribute to a greater public understanding of CDC's decision to rehire previously fired federal employees. On April 1, 2025, public reporting indicated that HHS had initiated a wide-scale reduction in force, which affected numerous CDC employees.[1] The reporting suggested a plan to cut 10,000 HHS employees, in addition to the approximately 10,000 employees who had agreed to leave the agency voluntarily.[2] Then, on June 11, reporting suggested that CDC intended to rehire more than 400 previously fired employees.[3] The rehired employees include individuals from the National Center for HIV, Viral Hepatitis, STD, and Tuberculosis Prevention, the National Center for Environmental Health, the National Center for Health Statistics, Center for Forecasting and Outbreak Analytics, Office of Human Resources, Global Health Center, Office of Acquisition Services, and Office of Communications.[4] On June 24, 2025, HHS Secretary Robert F. Kennedy III announced that he had rehired 722 employees at the agency.[5] In a hearing before the U.S. House of Representatives Committee on Energy and

---

[1] Rob Stein, et. al, *Widespread firings start at federal health agencies including many in leadership*, NPR (Apr. 1, 2025), https://www.npr.org/sections/shots-health-news/2025/04/01/g-s1-57485/hhs-fda-layoffs-doge-cdc-nih.

[2] *Id.*

[3] Sophie Gardner, *CDC backtracks on layoffs, rehires more than 400 people*, Politico (Jun. 11, 2025), https://www.politico.com/news/2025/06/11/cdc-backtracks-on-layoffs-rehires-more-than-400-people-00400404.

[4] *Id.*

[5] Ahmed Aboulenein, *US health secretary Kennedy says he brought back 722 CDC employees, 220 at NIH*, Reuters (Jun. 24, 2025),

Commerce's Subcommittee on Health, which concerned HHS's 2026 budget request, Kennedy explained that the employees were rehired because, in his words, "we were not able to perform our job."[6] According to experts, "the rapid rehirings are a warning sign that it has lost more capacities and expertise that could prove critical — and difficult to replace — in the months and years ahead."[7] The public has a right to understand how the apparently ad hoc decision to fire CDC employees on a mass scale impacted public health, affected the CDC's mission, and contributed to its decision to rehire this large group of employees.

The requested records also are not for a commercial purpose. CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlighting and working to reduce the influence of money on politics. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to the public through its website, www.citizensforethics.org. The release of information obtained through this request is not in CREW's financial interest.

CREW further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because CREW qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

### Conclusion

If you have any questions about this request or foresee any problems in fully releasing the requested records, please email agoldstein@citizensforethics.org and foia@citizensforethics.org or call (202) 408-5565. Also, if CREW's request for a fee waiver is denied, please contact our office immediately upon making such a determination.

Where possible, please produce records in electronic format. Please send the

---

https://www.reuters.com/business/healthcare-pharmaceuticals/us-health-secretary-kennedy-says-he-brought-back-722-cdc-employees-220-nih-2025-06-24/.

[6] *Id.*

[7] Eric Bradner, *Trump administration scrambles to rehire key federal workers after DOGE firings*, CNN (Jun. 24, 2025), https://www.cnn.com/2025/06/24/politics/doge-fired-workers-rehired.

requested records to agoldstein@citizensforethics.org and foia@citizensforethics.org. Thank you for your assistance in the matter.

Sincerely,

*Alex Goldstein*

Alex Goldstein
Associate Counsel

Exhibit G



CITIZENS FOR
RESPONSIBILITY &
ETHICS IN WASHINGTON

June 25, 2025

Department of Health and Human Services
Freedom of Information Act Office
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

**Re: <u>Freedom of Information Act Request</u>**

Dear FOIA Officers:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and United States Department of Health and Human Services ("HHS") regulations.

Specifically, CREW requests the following records of the U.S. Centers for Disease Control and Prevention ("CDC") from January 20, 2025, to the date this request is processed:

1) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to CDC work on autism,[1] including but not limited to the CDC's April 17, 2025 report titled *Prevalence and Early Identification of Autism Spectrum Disorder Among Children Aged 4 and 8 Years*[2] and its review of the link between thimerosal-containing vaccines and autism[3];

2) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to HHS's request that CDC conduct a vaccine-autism study[4];

---

[1] Autism is also known as autism spectrum disorder or ASD.

[2] The report is available at https://www.cdc.gov/mmwr/volumes/74/ss/ss7402a1.htm.

[3] A June 24 report on this subject is available at https://www.cdc.gov/acip/downloads/slides-2025-06-25-26/Thimerosal-Containing-Vaccines-Summary-of-Evidence-508.pdf and has been publicly reported on by multiple publications. *See, e.g., US CDC report shows no evidence linking thimerosal-containing vaccines and autism*, Reuters (June 24, 2025), https://www.reuters.com/business/finance/us-cdc-report-shows-no-evidence-linking-thimerosal-containing-vaccines-autism-2025-06-24/.

[4] Lena H. Sun & Fenit Nirappil, *Vaccine skeptic hired to head federal study of immunizations and autism*, Wash. Post (Mar. 25, 2025), https://www.washingtonpost.com/health/2025/03/25/vaccine-skeptic-hhs-rfk-immunization-autism/.

2

3) Any and all communications between employees of CDC and employees of HHS and/or the National Institutes of Health regarding studying autism and/or sharing autism-related data;

4) Any and all communications between CDC employees and Dr. David Geier that mention, reference, or relate to autism[5];

5) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to access to and/or use of the Vaccine Safety Datalink to study autism, including by Geier[6];

6) Any and all communications between CDC employees and Lyn Redwood, R.N., M.S.N., that mention, reference, or relate to autism[7]; and

7) Any and all memoranda, communications, policies, directives, guidance, or other records that mention, reference, or relate to handling public communications or FOIA requests about the causes and/or study of autism.

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.

If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

---

[5] According to public reporting, Geier has been hired by HHS to work on autism issues. *See, e.g.*, *id.*; *RFK Jr. Hires Autism Skeptic To Look Into CDC Autism Data*, Powers Health (June 12, 2025), https://www.powershealth.org/about-us/newsroom/health-library/2025/06/12/rfk-jr-hires-autism-skeptic-to-look-into-cdc-autism-data.

[6] According to public reporting, Geier is seeking access to the Datalink. *See, e.g.*, Liz Essley Whyte, *Vaccine Opponent Hired by RFK Jr. Scours Official Records for Link to Autism*, Wall St. J. (June 5, 2025), https://www.wsj.com/health/healthcare/vaccine-opponent-hired-by-rfk-jr-scours-official-records-for-link-to-autism-a1091eb4#selection-2561.0-2561.76.

[7] Public reporting indicates that Redwood is presenting at the upcoming meeting of CDC's Advisory Committee on Immunization Practices. *See, e.g.*, Brenda Goodman & Meg Tirrell, *Former leader of anti-vaccine group founded by RFK Jr. to present at first meeting of new CDC vaccine advisers*, CNN (June 24, 2025), https://www.cnn.com/2025/06/23/health/cdc-vaccine-meeting-thimerosal-lyn-redwood.

3

Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agency wide preservation hold on all documents potentially responsive to this request.

## Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A) and agency regulations, CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. *See id.* § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g.*, *McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

The requested information is of significant public interest and relates directly to federal government activity because it concerns government's recent efforts to study autism, a disorder that affects millions of Americans.[8] These efforts have sparked some concerns and widespread news coverage.[9] The public has the right to know if the CDC, the nation's leading public health agency, is appropriately and transparently studying autism prevalence and causes.

CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlighting and working to reduce the influence of money on politics. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to the public through its website, www.citizensforethics.org. The release of information obtained through this request is not in CREW's financial interest.

CREW further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because CREW qualifies as a member of the news

---

[8] *See, e.g.*, Data and Statistics on Autism Spectrum Disorder, CDC, https://www.cdc.gov/autism/data-research/index.html.

[9] *See, e.g.*, Cecelia Smith-Schoenwalder & Steven Ross Johnson, *4 Takeaways From RFK Jr.'s Press Conference on CDC Autism Report*, U.S. News & World Report (Apr. 16, 2025), https://www.usnews.com/news/health-news/articles/2025-04-16/4-takeaways-from-rfk-jr-s-press-conference-on-cdc-autism-report; Emily Baumgaertner Nunn & Sheryl Gay Stolberg, *C.D.C. Will Investigate Debunked Link Between Vaccines and Autism*, N.Y. Times (Mar. 7, 2025), https://www.nytimes.com/2025/03/07/health/vaccines-autism-cdc-rfk-jr.html; Whyte, *supra* note 6; Judy George, *Why CDC's Planned Vaccine-Autism Study Is Raising Eyebrows*, MedPage Today (Mar. 17, 2025), https://www.medpagetoday.com/neurology/autism/114690.

4

media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely disseminates information obtained through FOIA to the public in several ways. For example, CREW's website receives hundreds of thousands of page views every month. The website includes blogposts that report on and analyze newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. These reports frequently rely on government records obtained through FOIA. CREW also posts the documents it obtains through FOIA on its website. Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

### Conclusion

If you have any questions about this request or foresee any problems in fully releasing the requested records, please email agoldstein@citizensforethics.org and foia@citizensforethics.org or call (202) 408-5565. Also, if CREW's request for a fee waiver is denied, please contact our office immediately upon making such a determination.

Where possible, please produce records in electronic format. Please send the requested records to agoldstein@citizensforethics.org and foia@citizensforethics.org. Thank you for your assistance in the matter.

Sincerely,

*Alex Goldstein*

Alex Goldstein
Associate Counsel

# Exhibit H



# Exhibit I



An official website of the United States government

**U.S. Department of**
**Health and Human Services**
Enhancing the health and well–being
of all Americans

Home </>       FOIA (Freedom of Information Act) </foia/index.html>       Electronic Readi…

**Navigate to:**

T+    🖨    ⓕ    𝕏    ✉

# Office of the Secretary FOIA Library / Electronic Reading Room

Before submitting a FOIA request, we recommend searching all the available repositories below:

The HHS website contains such materials as certain agency manuals, specific agency policy statements, and opinions developed in the adjudication of cases.

## Other HHS FOIA Libraries:

- Administration for Children and Families <https://www.acf.hhs.gov/e-reading-room>

- Administration for Community Living
  <https://www.acl.gov/site_utilities/foia/index.aspx#eroom>

- Agency for Healthcare Research and Quality
  <https://www.ahrq.gov/policy/foia/foiaindx.html>

- Centers for Disease Control and Prevention & Agency for Toxic Substances and Disease Registry <https://www.cdc.gov/od/foia/reading/index.htm>

- Center for Medicare & Medicaid Services <https://www.cms.gov/regulations-and-guidance/legislation/foia/rdgroom.html>

- Food and Drug Administration
  <https://www.fda.gov/regulatoryinformation/foi/electronicreadingroom/default.htm>

- Health Resources and Services Administration
  <https://www.hrsa.gov/foia/electronicreading.html>

- Indian Health Service

- Office of Inspector General <https://oig.hhs.gov/foia/efoia.asp>

- National Institutes of Health <https://www.nih.gov/institutes-nih/nih-office-director/office-communications-public-liaison/freedom-information-act-office/nih-foia-library>

- Substance Abuse and Mental Health Services Administration
  <https://www.samhsa.gov/foia>

# HHS FOIA Library Material:

**FOIA Logs**

- FOIA Logs </foia/electronic-reading-room/foia2017/index.html>

**FOIA Litigation Releases**

- FOIA Litigation Releases </foia/electronic-reading-room/litigation-releases/index.html>

**Final Opinions**

- Departmental Appeals Board Decisions </dab/decisions/index.html>

**Policy Statements**

- HHS Policy for Records Management </web/governance/digital-strategy/it-policy-archive/hhs-ocio-policy-for-records-management.html>

- HHS Policy for Improving Race and Ethnicity Data <https://aspe.hhs.gov/basic-report/hhs-implementation-guidance-data-collection-standards-race-ethnicity-sex-primary-language-and-disability-status>

## Administrative Staff Manuals/Instructions to Staff

- Freedom of Information Act Foreseeable Harm Standard [PDF, 213 KB] </sites/default/files/2024-april-5-aspa-foreseeable-harm-memo.pdf>

- HHS Administrative Manuals </about/hhs-manuals/index.html>

- Guidance to HHS FOIA Offices About Mailing SSNs [PDF, 186 KB] </sites/default/files/ssn-foia-pa-div-guidance-protecting-ssns.pdf>

- Information for Prospective Requesters Seeking Contract Documents [PDF, 183 KB] </sites/default/files/information-prospective-requesters-seeking-contract-documents.pdf>

## Frequently Requested Records

- COVID-19 Contracts </foia/coronavirus-contracts/index.html>

- 2016/2017 HHS Presidential Transition Documents </foia/transition.html>

- SIGNED - ASH to DEA Letter Marijuana [PDF, 86 KB] </sites/default/files/signed-ash-to-dea-letter-marijuana.pdf>

- Ratification of Prior Appointment and Prospective Appointment Appointment Affidavit June 2023 [PDF, 226 KB] </sites/default/files/ratification-appointment-affidavit-2023.pdf>

- Sharpless 2017 Ethics Agreements [PDF, 1.57 MB] </sites/default/files/sharpless-2017-ethics-agreements.pdf>

- Examples of 2018 Title X Grant Applications [PDF, 7.86 MB]
  </sites/default/files/examples-of-2018-title-x-grant-applications.pdf>

  - People using assistive technology may not be able to fully access information in this file. For assistance, please contact Diane Foley 240-453-2888

- Public Comments for "Removing Barriers for Religious and Faith-Based Organizations to Participate in HHS Programs and Receive Public Funding"
  <https://www.regulations.gov/document/hhs-os-2017-0002-0001>

- Dr. Fitzgerald Ethics Agreement [PDF, 4.55 MB] </sites/default/files/dr-fitzgerald-ethics-agreement.pdf>

- Correspondence from the Chairman and CEO of Aetna [PDF, 480 KB]
  </sites/default/files/aetna-release-response.pdf>

- Network Intrusion Attempts Database [XLSX, 114 KB]
  </sites/default/files/federal%20times%20-%20network%20data%20intrusion%20response.xlsx>

  - Network Intrusion Attempts Response Letter [PDF, 33 KB]
    </sites/default/files/federal%20times%20response%20letter%20-%202015-01051-foia-os.pdf>

- HHS EFOIA Reading Room Certification </foia/electronic-reading-room/reading-room-certification/index.html>

- HHS FOIA Reference Materials </foia/statutes-and-resources/index.html>

- Office of Inspector General Reports, Audits, etc. <https://oig.hhs.gov/>

- Office of the Inspector General Corporate Integrity Agreements
  <https://oig.hhs.gov/compliance/corporate-integrity-agreements/index.asp> (NOTE: includes directions on obtaining settlement agreements from the Department of Justice)

- Office of Civil Rights/ Health Insurance Portability and Accountability Act (HIPAA)
  </ocr/privacy/hipaa/understanding/summary/index.html>

- HHS Administrative Manuals </about/hhs-manuals/index.html>

# Operation Warp Speed:

- Becton, Dickinson, & Company, Expanding Domestic Production of Needles & Syringes [PDF, 2.83 MB] </sites/default/files/becton-dickinson-company-expanding-domestic-production-needles-syringes.pdf>*

- Janssen Corp COVID-19 Vaccine Contract [PDF, 16.48 MB] </sites/default/files/janssen-corp-covid-19-vaccine-contract.pdf>*

- Ology Bioservices Therapeutic [PDF, 4.73 MB] </sites/default/files/ology-bioservices-therapeutic.pdf>*

- Pfizer, Inc. COVID-19 Vaccine Contract [PDF, 8.25 MB] </sites/default/files/pfizer-inc-covid-19-vaccine-contract.pdf>*

- RTI, Expanding Production of Needles and Syringes [PDF, 5.42 MB] </sites/default/files/rti-expanding-production-needles-syringes.pdf>*

**Proactive Releases**

- IDIQ agreement for testing equipment and tests with Cepheid [PDF, 10.32 MB] </sites/default/files/idiq-agreement-testing-equipment-tests-with-cepheid.pdf>*

- mAbs infusion capacity agreement with KPMG [PDF, 8.08 MB] </sites/default/files/mabs-infusion-capacity-agreement-with-kpmg.pdf>*

- mAbs manufacturing platform development agreement with Ology [PDF, 31.72 MB] </sites/default/files/mabs-manufacturing-platform-development-agreement-with-ology.pdf>*

- mABs production contract with Regeneron [PDF, 11.59 MB] </sites/default/files/mabs-production-contract-with-regeneron.pdf>*

- Merck mAB therapeutic production contract [PDF, 17.73 MB] </sites/default/files/merck-mab-therapeutic-production-contract.pdf>*

- Needle and Syringe capacity expansion project agreement with Smith Medical ASD [PDF, 17.04 MB] </sites/default/files/needle-syringe-capacity-expansion-project-agreement-with-smith-medical-asd.pdf>*

- SARS-COV-2 LFI Kits Order from ANP Tech [PDF, 1.45 MB] </sites/default/files/sars-cov-2-lfi-kits-order-from-anp-tech.pdf>*

- Tech Transfer agreement with Microbiologics [PDF, 16.14 MB] </sites/default/files/tech-transfer-agreement-with-microbiologics.pdf>*

- Vaccine Donation Contract with Pfizer [PDF, 7.90 MB] </sites/default/files/vaccine-donation-contract-with-pfizer.pdf>*

- Vaccine Agreement with Novavax, Mods 1 thru 3 [PDF, 10.22 MB] </sites/default/files/vaccine-agreement-with-novavax.pdf>*

- Therapeutics Contract with Eli Lilly, Mod 2 [PDF, 3.85 MB] </sites/default/files/therapeutics-contract-with-eli-lilly.pdf>*

- Redacted, Therapeutic Contract with Eli Lilly, Mod 8 [PDF, 2.06 MB] </sites/default/files/redacted-therapeutic-contract-with-eli-lilly.pdf>*

- Redacted, On-site temperature monitoring contract with Controlant HF, mods 5, 7 and 8 [PDF, 3.64 MB] </sites/default/files/redacted-on-site-temperature-monitoring-contract-with-controlant-hf.pdf>*

- Needles and Syringes Contract with Dupross, mods 4 thru 7 [PDF, 12.39 MB] </sites/default/files/needles-and-syringes-contract-with-dupross-mods-4-thru-7.pdf>*

- Needles and Syringes Contract with Dupross, Mod 9 [PDF, 5.05 MB] </sites/default/files/needles-and-syringes-contract-with-dupross-mod-9.pdf>*

- Needles and Syringes Capacity Expansion Agreemen with Becton and Dickson, Mod 3 [PDF, 3.50 MB] </sites/default/files/needles-and-syringes-capacity-expansion-agreemen-with-becton-and-dickson.pdf>*

- Moderna Vaccine Contract, Mods 7 thru 10 [PDF, 9.17 MB] </sites/default/files/moderna-vaccine-contract-mods-7-thru-10.pdf>*

- Goldbelt Needles and Syringes Contract, mod 12 [PDF, 647 KB] </sites/default/files/goldbelt-needles-and-syringes-contract.pdf>*

- Fill-finish capacity agreement with GRAM, Mods 1 thru 5 [PDF, 5.79 MB] </sites/default/files/fill-finish-capacity-agreement-with-gram.pdf>*

- COVID therapeutic contract with Regeneron, Mod 4 [PDF, 839 KB]
  </sites/default/files/covid-therapeutic-contract-with-regeneron.pdf>*

- Biomedical support services contract with Tauri, mod 17 [PDF, 858 KB]
  </sites/default/files/biomedical-support-services-contract-with-tauri.pdf>*

- Agreement for Needles and Syringes Capacity Expansion with Retractable Tech, Mod 2 [PDF, 6.24 MB] </sites/default/files/agreement-for-needles-and-syringes-capacity-expansion-with-retractable-tech.pdf>*

- Agreement for COVID therapeutic with Eli Lilly, Mod 3 [PDF, 274 KB]
  </sites/default/files/agreement-for-covid-therapeutic-with-eli-lilly.pdf>*

- Needles and Syringes Contract with Goldbelt, Mod 12 [PDF, 991 KB]
  </sites/default/files/needles-and-syringes-contract-with-goldbelt.pdf>*

- PPE supply contract with Federal Resources Supply [PDF, 4.59 MB]
  </sites/default/files/ppe-supply-contract-with-federal-resources-supply.pdf>*

- Hand Sanitizer Supply Contract with Goldbelt [PDF, 4.36 MB] </sites/default/files/hand-sanitizer-supply-contract-with-goldbelt.pdf>*

- Delivery Order for FDA Cleared NGDS Instrument from Biofire [PDF, 1.42 MB]
  </sites/default/files/delivery-order-for-fda-cleared-ngds-instrument-from-biofire.pdf>*

- Contract for non-contract thermometers with Atlantic Diving Supply [PDF, 2.73 MB] </sites/default/files/contract-for-non-contract-thermometers-with-atlantic-diving-supply.pdf>*

- Cell culture media manufacturing lines with Global Life Sciences Solutions [PDF, 4.74 MB] </sites/default/files/cell-culture-media-manufacturing-lines-with-global-life-sciences-solutions.pdf>*

- Bulk Sanitizer with JFW [PDF, 4.72 MB] </sites/default/files/bulk-sanitizer-with-jfw.pdf>*

- Agreement for electroporation device and array with Inovio [PDF, 12.51 MB]
  </sites/default/files/agreement-for-electroporation-device-and-array-with-inovio.pdf>*

- Agreement for High Yield Anti-Covid-19 Immune Globulin Hyperimmune Manufacturing Process with Plasma Tech [PDF, 3.91 MB] </sites/default/files/agreement-for-high-yield-anti-covid-19-immune-globulin-hyperimmune-manufacturing-process-with-plasma-tech.pdf>*

- Agreement for mAB prototype with AstraZeneca [PDF, 15.03 MB] </sites/default/files/agreement-for-mab-prototype-with-astrazeneca.pdf>*

- Agreement for prototyping antibodies therapeutic with Imunome [PDF, 6.88 MB] </sites/default/files/agreement-for-prototyping-antibodies-therapeutic-with-imunome.pdf>*

- Agreement for prototyping volatile organic compounds detector with Worlds Enterprises [PDF, 21.72 MB] </sites/default/files/agreement-for-prototyping-volatile-organic-compounds-detector-with-worlds-enterprises.pdf>*

- Agreement for Tech Transfer with IIT Research Institute [PDF, 11.22 MB] </sites/default/files/agreement-for-tech-transfer-with-iit-research-institute.pdf>*

- Agreement to conduct covalescent plasma clincial trials with Emergent Biosolutons [PDF, 6.28 MB] </sites/default/files/agreement-to-conduct-covalescent-plasma-clincial-trials-with-emergent-biosolutons.pdf>*

- Agreement to conduct therapeutic clinical trials with Henry F. Jackson Foundation [PDF, 8.24 MB] </sites/default/files/agreement-to-conduct-therapeutic-clinical-trials-with-henry-jackson-foundation.pdf>*

- Agreement to conduct therapeutic clinical trials with Pharm-Olam [PDF, 11.02 MB] </sites/default/files/agreement-to-conduct-therapeutic-clinical-trials-with-pharm-olam.pdf>*

- Agreement to Develop a Domestic Continental U.S.-Based Hybrid Pharmaceutical Vial, SIO2 Medical Products [PDF, 12.03 MB] </sites/default/files/agreement-to-develop-domestic-continental-us-based-hybrid-pharmaceutical-vial-sio2-medical-products.pdf>*

- Agreement to Develop LFI Kits from ANP Tech [PDF, 8.24 MB] </sites/default/files/agreement-to-develop-lfi-kits-from-anp-tech.pdf>*

- Bulk Gloves Contract with Culmen [PDF, 6.36 MB] </sites/default/files/bulk-gloves-contract-with-culmen.pdf>*

- Disclosure of Lobbying Activities - GlaxoSmithKline [PDF, 678 KB]
  </sites/default/files/disclosure-of-lobbying-activities-glaxosmithkline.pdf>*

- GlaxoSmithKline Holdings (Americas) Inc. Small Business Subcontracting Plan
  [PDF, 1.80 MB] </sites/default/files/glaxosmithkline-holdings-americas-inc-small-business-subcontracting-plan.pdf>*

- GSK Exhibit A Contract Data Requirements List [PDF, 1.04 MB] </sites/default/files/gsk-exhibit-a-contract-data-requirements-list.pdf>*

- GlaxoSmithKline COVID-19 Vaccine Contract [PDF, 6.18 MB]
  </sites/default/files/glaxosmithkline-covid-19-vaccine-contract.pdf>*

- AstraZeneca COVID-19 Vaccine Trials Contract [PDF, 12.50 MB]
  </sites/default/files/astrazeneca-covid-19-vaccine-trials-contract.pdf>*

- AstraZeneca COVID-19 Vaccine Letter Contract [PDF, 5.61 MB]
  </sites/default/files/astrazeneca-covid-19-vaccine-letter-contract.pdf>*

- Disclosure of Lobbying Activities - AstraZeneca [PDF, 127 KB]
  </sites/default/files/disclosure-of-lobbying-activities-astrazeneca.pdf>*

- Astrazeneca Small Business Subcontracting Plan [PDF, 1.35 MB]
  </sites/default/files/astrazeneca-small-business-subcontracting-plan.pdf>*

- TASSO Serology Kits - With All Mods [PDF, 3.83 MB] </sites/default/files/tasso-serology-kits-with-all-mods.pdf>*

- Sanofi COVID-19 Vaccine Contract [PDF, 10.54 MB] </sites/default/files/sanofi-covid-19-vaccine-contract.pdf>*

- Regeneron Contract - Therapeutics [PDF, 5.99 MB] </sites/default/files/regeneron-contract-therapeutics.pdf>*

- Novavax COVID-19 Vaccine Contract [PDF, 4.87 MB] </sites/default/files/novavax-covid-19-vaccine-contract.pdf>*

- Moderna COVID-19 Vaccine Contract [PDF, 7.83 MB] </sites/default/files/moderna-covid-19-vaccine-contract.pdf>*

- Monoclonal Antibody Production Contract with Eli Lilly [PDF, 16.68 MB]
  </sites/default/files/monoclonal-antibody-production-contract-with-eli-lilly.pdf>

- Base OTA Consortium Agreement - COVID-19 Vaccine [PDF, 15.07 MB]
  </sites/default/files/base-ota-consortium-agreement-covid-19-vaccine.pdf>*

- Request for Prototype Projects (RPP) [PDF, 3.60 MB] </sites/default/files/request-for-prototype-projects.pdf>*

- RPP Appendix I [PDF, 825 KB] </sites/default/files/rpp-appendix-i.pdf>*

- RPP Appendix II [PDF, 1.25 MB] </sites/default/files/rpp-appendix-ii.pdf>*

- RPP Appendix III [PDF, 2.62 MB] </sites/default/files/rpp-appendix-iii.pdf>*

- GRAM Contract [PDF, 4.68 MB] </sites/default/files/gram-contract.pdf>*

- Medline OWS Contract [PDF, 6.67 MB] </sites/default/files/medline-ows-contract.pdf>*

- Quality Impact OWS Contract [PDF, 10.32 MB] </sites/default/files/quality-impact-ows-contract.pdf>*

- Dupross OWS Contract [PDF, 11.71 MB] </sites/default/files/dupross-ows-contract.pdf>*

- Cardinal OWS contract [PDF, 8.99 MB] </sites/default/files/cardinal-ows-contract.pdf>*

- COVID-19 Support Services Contract with BCG Federal Corp [PDF, 2.84 MB]
  </sites/default/files/covid-19-support-services-contract-with-bcg-federal-corp.pdf>*

- Letter Contract for Vaccine Development with Novavax [PDF, 3.36 MB]
  </sites/default/files/letter-contract-for-vaccine-development-with-novavax.pdf>*

- Needles and Syringes Contract with Gold Coast Medical Supply [PDF, 12.54 MB]
  </sites/default/files/needles-and-syringes-contract-with-gold-coast-medical-supply.pdf>*

- Needles and Syringes Contract with HTL-STREFA [PDF, 12.25 MB]
  </sites/default/files/needles-and-syringes-contract-with-htl-strefa.pdf>*

- Medical laboratory scientist and medical laboratory technician services contract with Patricio Enterprises [PDF, 4.15 MB] </sites/default/files/medical-laboratory-scientist-and-medical-laboratory-technician-services-contract-with-patricio-enterprises.pdf>*

- Contract for Domestic Industrial Base Expansion for Glass Tubing and Vials with Corning [PDF, 10.13 MB] </sites/default/files/contract-for-domestic-industrial-base-expansion-for-glass-tubing-and-vials-with-corning.pdf>*

- Vaccine Contract with Moderna; Modifications P00001, P00002, P00003 [PDF, 7.20 MB] </sites/default/files/vaccine-contract-with-moderna-modifications-p00001-p00002-p00003.pdf>*

- COVID-19 Vaccine Components Agreement with Cytiva [PDF, 5.28 MB] </sites/default/files/covid-19-vaccine-components-agreement-with-cytiva.pdf>*

- Testing and Assays Contract with Cue Health [PDF, 10.07 MB] </sites/default/files/testing-and-assays-contract-with-cue-health.pdf>*

- COVID-19 Therapeutic Development Agreements with Merck [PDF, 3.40 MB] </sites/default/files/covid-19-therapeutic-development-agreements-with-merck.pdf>*

- COVID-19 Therapeutic Development Contract with Partner Therapeutics [PDF, 3.99 MB] </sites/default/files/covid-19-therapeutic-development-contract-with-partner-therapeutics.pdf>*

- Vaccine Agreement with GlaxoSmithKline, Modifications 1 and 2 [PDF, 5.76 MB] </sites/default/files/vaccine-agreement-with-glaxo-smith-kline-modifications-1-and-2.pdf>*

- Contract for COVID-19 related medical devices with Inovio [PDF, 3.92 MB] </sites/default/files/contract-for-covid-19-related-medical-devices-with-inovio.pdf>*

- Contract for COVID-related medical countermeasure with Rigel Pharmaceuticals [PDF, 13.31 MB] </sites/default/files/contract-covid-related-medical-countermeasure-rigel-pharmaceuticals.pdf>*

- Contract for Face Coverings for COVID-19 with Source America [PDF, 7.03 MB] </sites/default/files/contract-for-face-coverings-for-covid-19-with-source-america.pdf>*

- Needles and Syringes Contract with Goldbelt 0058 [PDF, 10.48 MB] </sites/default/files/needles-and-syringes-contract-with-goldbelt-0058.pdf>*

- Needles and Syringes Contract with Goldbelt 0059 [PDF, 15.65 MB] </sites/default/files/needles-and-syringes-contract-with-goldbelt-0059.pdf>*

- Needles and Syringes Contract with Goldbelt 0060 [PDF, 14.47 MB]
  </sites/default/files/needles-and-syringes-contract-with-goldbelt-0060.pdf>*

- OTA-p for COVID-related Diagnostic with New Horizons Diagnostics [PDF, 9.07 MB]
  </sites/default/files/ota-p-for-covid-related-diagnostic-with-new-horizons-diagnostics.pdf>*

- OTA-p for COVID-related Wearable Device with Ultran [PDF, 6.96 MB]
  </sites/default/files/ota-p-for-covid-related-wearable-device-with-ultran.pdf>*

- OTA-p for plasma based therapeutic with Grifols [PDF, 3.41 MB]
  </sites/default/files/ota-p-for-plasma-based-therapeutic-with-grifols.pdf>*

- Technical Direction Letter for Emory U Arenavirus Treatment Research [PDF, 4.11 MB] </sites/default/files/technical-direction-letter-emory-u-arenavirus-treatment-research.pdf>

- Assay Kit Delivery Purchase Order with Biofire Defense, 0171* [PDF, 1.82 MB]
  </sites/default/files/assay-kit-delivery-purchase-order-with-biofire-defense-0171.pdf>

- COVID-19 Lateral Flow Immunoassay Kits Contract with Maxim Biomedical* [PDF, 13.62 MB] </sites/default/files/covid-19-lateral-flow-immunoassay-kits-contract-with-maxim-biomedical_0.pdf>

- COVID-19 Test Kit Contract with Cepheid* [PDF, 6.08 MB] </sites/default/files/covid-19-test-kit-contract-with-cepheid.pdf>

- COVID-related MCM Clinical Trial Agreement with ICON* [PDF, 9.42 MB]
  </sites/default/files/covid-related-mcm-clinical-trial-agreement-with-icon.pdf>

- COVID-related MCM Domestic Fill and Finish Capacity Reservation Contract with Ology* [PDF, 12.33 MB] </sites/default/files/covid-related-mcm-domestic-fill-and-finish-capacity-reservation-contract-with-ology.pdf>

- COVID-related Sample Collection Kits Contract with Cepheid* [PDF, 3.72 MB]
  </sites/default/files/covid-related-sample-collection-kits-contract-with-cepheid.pdf>

- COVID-related convalescent plasma clinical trial agreement with John Hopkins* [PDF, 9.11 MB] </sites/default/files/covid-related-convalescent-plasma-clincial-trial-agreement-with-john-hopkins.pdf>

- Contract for DNA Sequencing Device with Oxford Nanopore* [PDF, 5.84 MB]
  </sites/default/files/contract-for-dna-sequencing-device-with-oxford-nanopore.pdf>

- Lateral Flow Immunoassay Kits Contract with ANP* [PDF, 10.73 MB]
  </sites/default/files/lateral-flow-immunoassay-kits-contract-with-anp.pdf>

- Lateral Flow Immunoassay Kits Contract with Murtech* [PDF, 11.48 MB]
  </sites/default/files/lateral-flow-immunoassay-kits-contract-with-murtech.pdf>

- Monoclonal Antibody Production Contract with Eli Lilly* [PDF, 16.68 MB]
  </sites/default/files/monoclonal-antibody-production-contract-with-eli-lilly.pdf>

- Needles and Syringes Contract with GoldBelt (0058), with mods 4, 5, and 6 and
  production schedules* [PDF, 12.78 MB] </sites/default/files/needles-and-syringes-contract-with-goldbelt-0058-mods-4-5-6.pdf>

- Needles and Syringes Contract with GoldBelt (0059), with mods 5, 6, and 7 and
  production schedules* [PDF, 18.33 MB] </sites/default/files/needles-and-syringes-contract-with-goldbelt-0059-mods-5-6-7.pdf>

- Needles and Syringes Contract with GoldBelt (0060), with mods 5, 6, 7, and 8 and
  production schedules* [PDF, 17.45 MB] </sites/default/files/needles-and-syringes-contract-with-goldbelt-0060-mods-5-6-7-8.pdf>

- OT to Expand Covalescent Plasma Collection Capabilities with America's Blood
  Centers* [PDF, 6.84 MB] </sites/default/files/ot-to-expand-covalescent-plasma-collection-capabilities-with-america-blood-centers.pdf>

- Order for Commerical Assay Kit Delivery from Biofire Defense, 2017* [PDF, 864 KB]
  </sites/default/files/order-for-commerical-assay-kit-delivery-from-biofire-defense.pdf>

- TIA to Expand Domestic Production of Needles and Syringes with Becton and
  Dickinson* [PDF, 9.23 MB] </sites/default/files/tia-to-expand-domestic-production-of-needles-and-syringes.pdf>

- TIA to Expand Domestic Production of Needles and Syringes with Retractable
  Technology* [PDF, 10.30 MB] </sites/default/files/tia-to-expand-domestic-production-of-needles-and-syringes-with-retractable-technology.pdf>

- Vaccine Development to Large Scale Manufacturing Agreement with Novavax* [PDF, 12.27 MB] </sites/default/files/vaccine-development-to-large-scale-manufacturing-agreement-with-novavax.pdf>

- Vaccine Production Contract with Pfizer* [PDF, 9.95 MB] </sites/default/files/vaccine-production-contract-with-pfizer.pdf>

- COVID Tests Contract with VelocityDX [PDF, 3.72 MB] </sites/default/files/covid-tests-contract-with-velocitydx.pdf>*

- COVID Tests Contract with Visby Medical [PDF, 5.07 MB] </sites/default/files/covid-tests-contract-with-visby-medical.pdf>*

- Monoconal Antibody Production Contract to Modification 7, Eli Lilly [PDF, 17.91 MB] </sites/default/files/monoconal-antibody-production-contract-modification-7-eli-lilly.pdf>*

- (Revised) Vaccine Agreement with Janssen Corp [PDF, 12.68 MB] </sites/default/files/revised-vaccine-agreement-with-janssen-corp.pdf>*

- (Revised) Vaccine Agreement with Moderna, 0100 [PDF, 17.22 MB] </sites/default/files/revised-vaccine-agreement-with-moderna-0100.pdf>*

- Technical Direction Letter for Expanded Diagnostic Testing Device Project with Cepheid [PDF, 10.06 MB] </sites/default/files/technical-direction-letter-expanded-diagnostic-testing-device-project-cepheid.pdf>*

- Vaccine Contract with AstraZeneca [PDF, 17.09 MB] </sites/default/files/vaccine-contract-with-astrazeneca.pdf>*

- (Revised), Needles and Syringes Contract with Goldbelt, -0059 [PDF, 16.75 MB] </sites/default/files/revised-needles-and-syringes-contract-with-goldbelt-0059.pdf>*

- (Revised), Needles and Syringes Contract with Goldbelt, -0060 [PDF, 15.56 MB] </sites/default/files/revised-needles-and-syringes-contract-with-goldbelt-0060.pdf>*

- Diagnostic Systems Contract with Cepheid, -0046 [PDF, 10.97 MB] </sites/default/files/diagnostic-systems-contract-with-cepheid-0046.pdf>*

- Labor Support Services Order with Kalman [PDF, 688 KB] </sites/default/files/labor-support-services-order-with-kalman.pdf>*

- Needles and Syringes Contract with Gold Coast Medical [PDF, 20.95 MB]
  </sites/default/files/needles-and-syringes-contract-with-gold-coast-medical.pdf>*

- Needles and Syringes Contract with Goldbelt, -0058 (revised) [PDF, 8.12 MB]
  </sites/default/files/needles-and-syringes-contract-with-goldbelt-0058-revised.pdf>*

- Part 1, Needles and Syringes Contract with Quality Impact, -0050 [PDF, 7.11 MB]
  </sites/default/files/part-1-needles-and-syringes-contract-with-quality-impact-0050.pdf>*

- Part 2, Needles and Syringes Contract with Quality Impact, -0050 [PDF, 7.36 MB]
  </sites/default/files/part-2-needles-and-syringes-contract-with-quality-impact-0050.pdf>*

- Technical Direction Letter for Vaccine Protoype with Sanofi [PDF, 16.49 MB]
  </sites/default/files/technical-direction-letter-for-vaccine-protoype-with-sanofi.pdf>*

- Technical Direction Letters and Statements of Work Antibody Platform prototype from SAB Therapeutics [PDF, 10.10 MB] </sites/default/files/technical-direction-letters-statements-work-antibody-platform-prototype-sab-therapeutics.pdf>*

- Agreement to Expand Test Kits Manufacturing Capacity with Ellume, Mod 5 [PDF, 753 KB] </sites/default/files/agreement-to-expand-test-kits-manufacturing-capacity-with-ellume-mod-5.pdf>*

- Contract for Domestic Industrial Base Expansion for Glass Tubing and Vials with Corning [PDF, 12.87 MB] </sites/default/files/contract-domestic-industrial-base-expansion-glass-tubing-vials-corning.pdf>*

- Contract for Immunoassay Kits with Murtech [PDF, 1.44 MB]
  </sites/default/files/contract-for-immunoassay-kits-with-murtech.pdf>*

- COVID Therapeutic Contract with Regneron, Mod 5 [PDF, 1.53 MB]
  </sites/default/files/covid-therapeutic-contract-with-regneron-mod-5.pdf>*

- COVID-19 Related Medical Countermeasure System Contract with Murtech [PDF, 7.88 MB] </sites/default/files/covid-19-related-medical-countermeasure-system-contract-with-murtech.pdf>*

- COVID-19 Vaccine Components Agreement with Cytiva [PDF, 5.52 MB]
  </sites/default/files/covid-19-vaccine-components-agreement-cytiva.pdf>*

- mABs Production Contract with Regeneron [PDF, 15.06 MB] </sites/default/files/mabs-production-contract-regeneron.pdf>*

- mAbs Therapeutic Contract with GSK [PDF, 14.62 MB] </sites/default/files/mabs-therapeutic-contract-with-gsk.pdf>*

- Moderna Vaccine Contract, Mods 7 thru 14 [PDF, 17.44 MB] </sites/default/files/moderna-vaccine-contract-mods-7-thru-14.pdf>*

- Redacted, Other Transaction Agreement for a COVID-related medical countermeasure prototype project with 60 Degrees [PDF, 10.76 MB] </sites/default/files/redacted-other-transaction-agreement-covid-related-medical-countermeasure-prototype-project-60-degrees.pdf>*

- Vaccine Donation Contract with Pfizer [PDF, 8.46 MB] </sites/default/files/vaccine-donation-contract-pfizer.pdf>*

- Test Kits Contract with Atlantic Trading to Mod 1 [PDF, 5.97 MB] </sites/default/files/test-kits-contract-atlantic-trading-mod-1.pdf>*

- Test Kits Contract with Medea [PDF, 6.54 MB] </sites/default/files/test-kits-contract-with-medea.pdf>*

This content is in the process of Section 508 review. If you need immediate assistance accessing this content, please submit a request to foiarequest@hhs.gov. Content will be updated pending the outcome of the Section 508 review.

---

Content created by Freedom of Information Act (FOIA) Division
Content last reviewed May 23, 2025

# Exhibit J

Case 1:25-cv-01020-TJK     Document 33-2     Filed 07/17/25     Page 58 of 63

 Centers for Disease Control and Prevention



## The page you were looking for has moved.

You will be automatically redirected to the new location in 10 seconds or you can click here to go to FOIA Resources.

Please update any bookmarks you may have saved for this page.

Exhibit K

 **Freedom of Information Act (FOIA)**



# FOIA Resources



For Everyone
SEPTEMBER 16, 2024

---

⚠ **CDC FOIA UPDATE**

If you have questions about the FOIA process, please email FOIARequest@hhs.gov.
Submit all FOIA requests to:

FOIA Public Access Link (PAL)

---

**PURPOSE**

Resouces to assist users with FOIA-related questions and tasks, including the submitting and tracking of FOIA requests.

---

## References

Below are general resources to learn more about FOIA

- CDC FOIA Statistics 🗎PDF

- CDC FOIA Annual Reports

- CDC FOIA Request Log

- FOIA Statute (includes amendments to the statute, "FOIA Improvement Act of 2016" ⧉

- HHS FOIA Regulations ⧉

- Trainings – Department of Justice Office of Information Policy ⧉

- Food and Animal Contact Outbreaks FOIA Guide 🗎DOC

## PAL Reading Room

FOIA Public Access Link (PAL) is a comprehensive electronic tool that provides requesters with basic information on how to get CDC records.

- FOIA Public Access Link (PAL) ⧉

The materials on this page are provided as distributed to the requestors, and therefore some materials may not fully conform to applicable standards for use by persons with disabilities per Section 508 of the Rehabilitation Act. Members of the public may request an accessible copy by filling out the form on our Accessibility contact page. **PLEASE NOTE**: The accessible copy may be altered to meet disclosure requirements, but will contain the same information presented here.

If you have questions about the FOIA process, please email FOIARequest@hhs.gov. Submit all FOIA requests to FOIA Public Access Link (PAL) ⧉

## FOIA Regulations

Freedom of Information Regulations ⧉
(FOIA) Department of Health & Human Services

## E-Z Guide to FOIA Exemptions

**Exemption 1** – protects national security information concerning national defense or foreign relations.

**Exemption 2** – covers records related solely to internal personnel rules and practices of an agency. Low 2 – trivial requests involving matters of no public interest. High 2 – disclosure would allow circumvention of agency regulations.

**Exemption 3** – authorizes withholding of information prohibited from disclosure by another Federal statute .

**Exemption 4** – exempts trade secrets and information which is commercial or financial.

**Exemption 5** – protects records of a predecisional nature, as necessary. Such records typically contain the opinions, conclusions, or recommendations of the author and are part of the decision-making/deliberative process. Encompasses inter-agency or intra-agency memoranda or documents; attorney-work product; attorney-client communications.

**Exemption 6** – provides protection for personal privacy interests; permits withholding documents if disclosure would be a clearly unwarranted invasion of personal privacy.

**Exemption 7** – protects from mandatory disclosure records compiled for law enforcement proceedings. Protects identities of personal information and confidential sources. Protects records in their entirety on ongoing investigations.

**Exemption 8** – covers matters contained in or related to reports prepared by or for use by an agency responsible for regulation of financial institutions.

**Exemption 9** – pertains to geological and geophysical information and data concerning wells and includes maps.

SOURCES

CONTENT SOURCE:
Freedom of Information Act (FOIA); Centers for Disease Control and Prevention

# Exhibit L



requests.publiclink.hhs.gov/App/ReadingRoom.aspx

### Reading Room

| Folder Name | Published Date | # Pages | Size (Bytes) | Download |
|---|---|---|---|---|
| Dr. Fitzgerald's Ethics Agreement | 11/21/2020 | 15 | 0 | ± |
| Price Correspondence--CMS--Price Primary Author | 11/21/2020 | 575 | 0 | ± |
| Price Correspondence--CMS--Price Co-signed | 11/21/2020 | 1688 | 0 | ± |
| Price Correspondence--CMS--O'Reilly E-mails | 11/21/2020 | 22 | 0 | ± |
| Price Correspondence--CMS--Martino E-mails | 11/21/2020 | 68 | 0 | ± |
| Price Correspondence--CMS--Hiller E-mails | 11/21/2020 | 40 | 0 | ± |
| Price Correspondence--CMS--IOS Correspondence | 11/21/2020 | 624 | 0 | ± |
| Price Correspondence--CMS--Druckman E-mails | 11/21/2020 | 276 | 0 | ± |
| Price Correspondence--CMS-Chadwick E-mails | 11/21/2020 | 832 | 0 | ± |
| Price Correspondence--CMS-Burney E-mails | 11/21/2020 | 329 | 0 | ± |

page 1 of 3

Note: Click on the Folder Name to View.
Click the icon to download the Folder.

Close

## To search and view documents in the FOIA Reading Room:

1. Click on the FOIA Reading Room link on the menu.

2. Enter the document name and the custom field information for the document and click Search else click Clear to clear all previously entered values.

3. Select the document type under which the document is listed.

4. All documents are displayed by document name, published date and the no. of pages contained. Click on the document name to view the document information.

5. You can also choose to download the document, which is in a zipped format, then download the document on your local system and unzip it to read it.

6. If the document is in a PDF format, then you must have an Adobe Acrobat reader, version 3.0 or higher to be able to read the document.

7. Click on the arrow symbol (located to the extreme right of the screen) to go back to the FOIA Reading Room screen.

## The FOIA Reading Room includes the following:

**Search for Documents in Reading Room**

| | Reading Room File Cabinet | Description |
|---|---|---|
| ☑ | Final Opinions | This category of records includes final opinions and orders issued in the adjudication of administrative cases. |
| ☑ | Policy Statements | This category of records includes certain policy statements issued or approved by HHS that concern the general public. |
| ☑ | Administrative Staff Manuals | This category of records available for inspection includes HHS Administrative Staff Manuals that may affect the public. |
| ☑ | Frequently Requested Records | This category of records includes all records that have been the subject of at least three FOIA requests. |
| ☑ | 2016/17 Transition Docs | Folder containing all released 2016/2017 HHS Transition Documents. |

| Folder Name | |
|---|---|
| Content Search | |
| Published Date | From (mm/dd/yyyy) |  | To (mm/dd/yyyy) | |
| Sort by : | | | |

Search   Clear   Search Tips