IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**

Plaintiff,

v.

**U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION,** *et al.*,

Defendants.

Civil Action No. 25-01020 (TJK)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Motion for Summary Judgement is **GRANTED**.

And it is further **DECLARED** that Defendants' closure of the Freedom of Information Act ("FOIA") office of the U.S. Centers for Disease Control and Prevention ("CDC") is a policy or practice in violation of FOIA; and it is further

**ORDERED** that Defendants assign sufficient personnel and resources to rectify their impermissible FOIA policy or practice, timely process FOIA requests for CDC records, and carry out all other CDC FOIA responsibilities; and it is further

**ORDERED** that Defendants are **PERMANENTLY ENJOINED** from implementing or enforcing any FOIA policy or practice that renders the CDC FOIA office non-operational; and it is further

**DECLARED** that Defendants' closure of the CDC FOIA office is contrary to law and **VACATED** and **SET ASIDE**; and it is further

1

**ORDERED** that Defendants promptly and fully process CREW's FOIA requests at issue in this case; and it is further

**ORDERED** that the parties shall file a joint status report within 14 days of this order, and every 30 days thereafter, apprising the Court of Defendants' compliance with this order and the status of this case.

**SO ORDERED.**


Date: _____           _____
                                                                TIMOTHY J. KELLY
                                                            United States District Judge