IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>            Plaintiff,<br>     v.<br><br>U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>            Defendants. | Civil Action No. 25-01020 (TJK) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF CHUN HIN TSOI

Please take notice, pursuant to Local Civil Rule 83.6(b), that Chun Hin Tsoi withdraws his appearance as counsel on behalf of the plaintiff. Counsel below will remain attorneys of record for the plaintiff.

Date: August 1, 2025

                                                    Respectfully Submitted,

                                                    <u>/s/ Chun Hin Tsoi</u>
                                                    (D.C. Bar No. 90017713)
                                                    Kayvan Farchadi (D.C. Bar No. 1672753)
                                                    Yoseph T. Desta (D.C. Bar No. 90002042)
                                                    Alex Goldstein (D.C. Bar No. 90005086)
                                                    Nikhel S. Sus
                                                    (D.C. Bar No. 1017937)
                                                    Citizens for Responsibility and
                                                    Ethics in Washington
                                                    1331 F Street, NW, Suite 900
                                                    Washington, DC 20004
                                                    Telephone: (202) 408-5565
                                                    Fax: (202) 588-5020