UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>Defendants. | Civil Action No. 25-1020 (TJK) |

**JOINT MOTION TO STAY DISPOSITIVE BRIEFING ON COUNT I OF PLAINTIFF'S AMENDED COMPLAINT AND EXTEND THE PARTIES' BRIEFING DEADLINES**

Consistent with the Court's Minute Order on August 19, 2025, counsel for the parties in the above-captioned matter respectfully and jointly move to stay dispositive briefing on Count I of Plaintiff's Amended Complaint, extend Defendants' summary-judgment opposition and cross-motion filing deadline from September 2, 2025 to September 4, 2025, extend Plaintiff's opposition and incorporated reply deadline from October 2, 2025 to October 7, 2025, and extend Defendants' reply deadline from October 16, 2025 to October 21, 2025.

**I.      The Parties Jointly Move to Stay Dispositive Briefing on Count I**

Plaintiff's Count I challenges Defendants' failure to process its five April 1, 2025 FOIA requests, and its summary-judgment brief seeks a court-supervised processing schedule of responsive, non-exempt records. *See* ECF Nos. 31 ¶¶ 74-81, 35-1 at 44-45. The parties have agreed to a schedule: Defendants will provide a first interim response as to one of the April 1 requests (FOIA Request 25-10002-FOIA-CDC) by September 15, 2025, and they propose that the parties file a joint status report every forty-five days, beginning on November 4, 2025, on

Defendants' processing of Plaintiff's five FOIA requests. Given this agreement, the parties jointly move to stay dispositive briefing on Count I until after Defendants complete their processing of Plaintiff's five FOIA requests. At the end of this process, the parties will confer regarding any contested issues (including but not limited to the adequacy of Defendants' searches and the propriety of any withholdings and redactions of records under applicable FOIA exemptions) and, if necessary, propose a dispositive briefing schedule as to Count I. The parties believe that this process will conserve the parties' resources and advance judicial economy.

## II.  The Parties Jointly Move to Extend the Existing Briefing Deadlines

Presently, Defendants' opposition to Plaintiff's motion for summary judgment and incorporated cross-motion to dismiss or, in the alternative, for summary judgment is due on September 2, 2025, and Plaintiff's opposition and incorporated reply is due on October 2, 2025. *See* Min. Order (Aug. 19, 2025). There is good cause for the Court to grant Defendants' requested two-day enlargement of time, to September 4, and Plaintiff's corresponding three-business-day enlargement of time. *See* Fed. R. Civ. P. 6(b). Due to the upcoming Labor Day weekend and the undersigned counsel for Defendants' prescheduled family commitment during that weekend, the undersigned respectfully requests a two-day extension of time to September 4, 2025, to submit Defendants' filings. The additional time is necessary to complete preparing the draft filings and for the undersigned to submit them for agency and internal review and approval before filing them with the Court.

For the foregoing reasons, the parties respectfully request that the Court grant this Joint Motion to Stay Dispositive Briefing of Count I and Extend the Parties' Briefing Deadlines. A proposed order is attached.

Dated: August 26, 2025

Respectfully submitted,

JEANNINE FERRIS PIRRO
United States Attorney

By:   */s/ John C. Truong*
    JOHN C. TRUONG, D.C. BAR # 465901
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2524 (Truong)
    (202) 252-2523 (Bracken)
    john.truong@usdoj.gov
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

    */s/ Yoseph T. Desta*
    Yoseph T. Desta (D.C. Bar No. 90002042)
    Kayvan Farchadi (D.C. Bar No. 1672753)
    Alex Goldstein (D.C. Bar No. 90005086)
    Nikhel S. Sus (D.C. Bar No. 1017937)
    Citizens for Responsibility and Ethics in Washington
    P.O. Box 14596
    Washington, D.C. 20044
    Telephone: (202) 408-5565
    Fax: (202) 588-5020
    ydesta@citizensforethics.org
    kfarchadi@citizensforethics.org
    agoldstein@citizensforethics.org
    nsus@citizensforethics.org

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>Defendants. | Civil Action No. 25-1020 (TJK) |

[PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Stay Dispositive Briefing on Count I of Plaintiff's Amended Complaint and Extend the Parties' Briefing Deadlines Deadline and the entire record herein, it is this ____ day of _____ 2025,

ORDERED that the Joint Motion is GRANTED;

ORDERED that the parties' dispositive motion briefing on Count I of the Amended Complaint is STAYED until further order of the Court;

ORDERED that Defendants shall provide a first interim Freedom of Information Act response to Plaintiff by September 15, 2025;

ORDERED that the parties shall file a Joint Status Report every forty-five days beginning on November 4, 2025; and it is

FURTHER ORDERED that Defendants shall have up to and including September 4, 2025, to file their summary-judgment opposition and incorporated cross-motion to dismiss or, in the alternative, for summary judgment; Plaintiff shall have up to and including October 7, 2025 to file

- 4 -

its opposition and incorporated reply; and Defendants shall have up to and including October 21, 2025 to file their reply.

    SO ORDERED

                                                                                                              _____
                                                                                           TIMOTHY J. KELLY
                                                                                           United States District Judge