UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>       Plaintiff,<br><br>       v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>       Defendants. | Civil Action No. 25-1020 (TJK) |

## JOINT STATUS REPORT

The Parties respectfully submit this joint status report on the status of Defendants' processing of Plaintiff's five FOIA requests at issue in this lawsuit. *See* Aug. 27, 2025 Minute Order (ordering joint status report by November 4, 2025); Standing Order No. 25-59 (Nov. 13, 2025) (extending filing deadlines during lapse in appropriations by 53 days).

Defendants have made progress in processing Plaintiff's five FOIA requests. Defendants completed processing four out of the five. Fifth Holzerland Decl. ¶¶ 4–13. Defendants sent final responses letters for three of them on September 30, 2025, and a fourth on December 8, 2025. *Id.* Plaintiff is reviewing Defendants' productions and responses to evaluate the adequacy of Defendants' searches and their withholdings, and it has identified some questions and concerns. For the fifth request, while not yet complete, Defendants have identified approximately one thousand eight hundred (1,800) pages of potentially responsive records and then processed one thousand seven hundred eighty-three (1,783) pages. *Id.* ¶¶ 6–9. Processing of this last pending request continues, with an update currently scheduled for January 30, 2026. *Id.* ¶¶ 8-9.

On December 28, 2025, Plaintiff shared some questions and concerns with Defendants regarding the final responses and productions made to date. Defendants have sought clarification, are examining the questions, and preparing their response.

Given the foregoing, the Parties respectfully request that the Court permit them to submit another joint status report on the status of Plaintiff's FOIA requests in sixty days, on February 27, 2026.

Dated: December 29, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

    */s/ Yoseph T. Desta*
Yoseph T. Desta (D.C. Bar No. 90002042)
Kayvan Farchadi (D.C. Bar No. 1672753)
Alex Goldstein (D.C. Bar No. 90005086)
Nikhel S. Sus (D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
ydesta@citizensforethics.org
kfarchadi@citizensforethics.org
agoldstein@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*