UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, et al., <br><br> Defendants. | Civil Action No. 25-1020 (TJK) |

**JOINT STATUS REPORT**

The Parties respectfully submit this joint status report on the status of Defendants' processing of Plaintiff's five FOIA requests at issue in this lawsuit. *See* December 30, 2025 Minute Order.

As previously reported, Defendants have made progress in processing Plaintiff's five FOIA requests. Defendants completed processing four out of the five. Fifth Holzerland Decl. ¶¶ 4–13. Defendants sent final responses letters for three of them on September 30, 2025, and a fourth on December 8, 2025. *Id.* Plaintiff is reviewing Defendants' productions and responses to evaluate the adequacy of Defendants' searches and their withholdings, and it has identified some questions and concerns.

For the fifth request, while not yet complete, Defendants have identified approximately one thousand eight hundred (1,800) pages of potentially responsive records and then processed one thousand seven hundred eighty-three (1,783) pages. *Id.* ¶¶ 6–9. Processing of this last pending request continues. *Id.* ¶¶ 8-9. Defendants produced an interim release on September 30, 2025. Defendants represented in the last JSR that the next release was scheduled for January 30, 2026.

- 2 -

However, upon further review of the records, Defendants determined that none of the records were responsive. Defendants therefore must conduct an additional supplemental search and, assuming responsive records are identified, anticipate that the next release will take place on March 30, 2026, and on the thirtieth of each month thereafter should subsequent releases prove necessary.

On December 28, 2025, Plaintiff shared some questions and concerns with Defendants regarding the final responses and productions made to date. Defendants have sought clarification, examined the questions, and submitted responses via email on February 27, 2026. The Parties' discussions continue.

Lastly, Defendants report that they very recently began re-evaluating whether they applied an appropriate date range for some of the searches conducted. Defendants anticipate that they will provide an update to Plaintiff by late-April.

*        *        *

Given the foregoing, the Parties respectfully request that the Court permit them to submit another joint status report on the status of Plaintiff's FOIA requests in sixty days, on April 28, 2026.

Dated: February 27, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    _____/s/ Mason D. Bracken_____
       MASON D. BRACKEN
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2523
       mason.bracken@usdoj.gov

*Attorneys for the United States of America*

       _____/s/ Kayvan Farchadi_____
       Kayvan Farchadi (D.C. Bar No. 1672753)
       Nikhel S. Sus (D.C. Bar No. 1017937)
       Citizens for Responsibility and Ethics in
       Washington
       P.O. Box 14596
       Washington, D.C. 20044
       Telephone: (202) 408-5565
       kfarchadi@citizensforethics.org
       nsus@citizensforethics.org

*Counsel for Plaintiff*