**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

    *Plaintiff*,

   v.                              Civil Action No. 25-1020 (TJK)

U.S. CENTERS FOR DISEASE CONTROL
AND PREVENTION et al.,

    *Defendants*.

## ORDER

    For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 33, is **DENIED WITH-OUT PREJUDICE**.  It is further **ORDERED** that Defendants' Cross-Motion for Partial Summary Judgment, ECF No. 44, is **DENIED WITHOUT PREJUDICE**.  It is further **ORDERED** that Defendants' Partial Motion to Dismiss, ECF No. 45, is **GRANTED IN PART** with respect to Count III.  It is further **ORDERED** that Count III of Plaintiff's Amended Complaint, ECF No. 31, is **DISMISSED** for failure to state a claim.  It is further **ORDERED** that the parties shall inform the Court how they wish to proceed with respect to Count II in their joint status report due on April 28, 2026.

    **SO ORDERED.**

                                  /s/ Timothy J. Kelly
                                  TIMOTHY J. KELLY
                                  United States District Judge

Date: March 31, 2026