UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

Plaintiff,

v.

CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,

Defendants.

Civil Action No. 25-1020 (TJK)

**JOINT STATUS REPORT**

The Parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report pursuant to the Court's July 1, 2026, Minute Order.

**A. Status of the FOIA Requests: Count I**

As previously reported, Defendants have issued final responses to all five FOIA requests. Plaintiff is reviewing the final responses and productions. If Plaintiff has further questions or has challenges to the search or withholdings, it will inform Defendants so that the Parties may confer on next steps.

The Court stayed dispositive briefing on Count I while the Parties and the Court worked to resolve the FOIA policy and practice claim in Count II. Min. Order, Aug. 27, 2025. The Parties note that because Count II remains unresolved, the Parties respectfully continue to propose that any briefing on Count I remain stayed while processing continues.

**B. Future Proceedings on the FOIA policy and practice claim: Count II**

The Court denied without prejudice the Parties' cross motions for summary judgment on the FOIA policy and practice claim in Count II. ECF No. 56. The Parties report that they continue to productively confer on an appropriate resolution to Count II.

As noted in the last joint status report, "[t]he Parties are in discussions to explore the possibility of resolving the remaining issues in this case without the need for further briefing, including Defendants' provision of updated information on the status of HHS FOIA operations through a supplementary declaration." ECF No. 58 at 2. To that end, on June 24, 2026, Defendants provided Plaintiff with the supplementary Draft Sixth Declaration of William Holzerland and some exhibits as part of a confidential settlement communication describing the status of Defendants' FOIA program. Plaintiff is reviewing that communication. Plaintiff posed a series of questions on June 26, 2026. ECF No. 59 at 1–2. The Parties corresponded July 15 and 16, 2026. On August 18, Defendants provided written responses. On August 21, Plaintiff posed follow-up questions based on Defendants' responses. Defendants are reviewing those questions, examining what further information they can provide, and preparing their responses.

Given that the Parties' discussions productively continue, the Parties respectfully request leave to submit another joint status report in sixty days, on October 27, 2026.

Dated: August 28, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

*/s/ Kayvan Farchadi*

Kayvan Farchadi (D.C. Bar No. 1672753)
Nikhel S. Sus (D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
kfarchadi@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*