UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,<br><br>Defendants. | Civil Action No. 25-1020 (TJK) |

**JOINT STATUS REPORT**

The Parties in this Freedom of Information Act ("FOIA") case respectfully submit this joint status report pursuant to the Court's July 1, 2026, Minute Order.

**A. Status of the FOIA Requests: Count I**

As previously reported, Defendants have issued final responses to all five FOIA requests. Plaintiff is reviewing the final responses and productions. If Plaintiff has further questions or has challenges to the search or withholdings, it will inform Defendants so that the Parties may confer on next steps.

The Court stayed dispositive briefing on Count I while the Parties and the Court worked to resolve the FOIA policy and practice claim in Count II. Min. Order, Aug. 27, 2025. The Parties note that because Count II remains unresolved, the Parties respectfully continue to propose that any briefing on Count I remain stayed while processing continues.

**B. Future Proceedings on the FOIA policy and practice claim: Count II**

As previously reported, the Court denied without prejudice the Parties' cross motions for summary judgment on the FOIA policy and practice claim in Count II. ECF No. 56. The Parties continue to report that they continue to productively confer on an appropriate resolution to Count II to explore the possibility of resolving the remaining issues in this case without the need for further briefing.

To this end, following the last Joint Status Report, counsel for the parties and William H. Holzerland, Acting Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services ("HHS"), participated in a video conference lasting over two hours to discuss Plaintiff's FOIA policy and practice claim and the status of the FOIA program. Following the conference, Plaintiff provided a list of follow-up questions, to which HHS is preparing a response.

Given that the Parties' discussions productively continue, the Parties respectfully request leave to submit another joint status report in sixty days, on January 8, 2027.

Dated: October 27, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Mason D. Bracken_*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

*_/s/ Kayvan Farchadi_*
Kayvan Farchadi (D.C. Bar No. 1672753)
Nikhel S. Sus (D.C. Bar No. 1017937)

Citizens for Responsibility and Ethics in Washington
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
kfarchadi@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*